| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006-6 | |
| In Re:<br>Bruce E. Buchanan Jr. & Kimberly A. Buchanan<br><br>Debtors | Case No: 17-32036 VFP<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia |

**NOTICE OF APPEARANCE**

     Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006-6. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

3 Belleview Terrace, West Orange, NJ 07052

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:12/28/2017

          **/s/ Rebecca A. Solarz, Esquire**
          Rebecca A. Solarz, Esquire
          Denise Carlon, Esquire
          Brian C. Nicholas, Esquire
          **KML Law Group, P.C.**
          216 Haddon Avenue, Ste. 406
          Westmont, NJ 08108
          (609) 250-0700 (NJ)
          (215) 627-1322 (PA)
          FAX: (609) 385-2214
          Attorney for Movant/Applicant

*new 8/1/15*