Last revised: August 1, 2017

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **Bruce E Buchanan, Jr**
**Kimberly A Buchanan**

Debtor(s)

Case No.: **17-32036**
Judge: **VJP**

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☑ Motions Included
☑ Modified/Notice Required
☐ Modified/No Notice Required
Date: **December 14, 2017**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

### Part 1: Payment and Length of Plan

a. The debtor shall pay **919.00 Monthly** to the Chapter 13 Trustee, starting on **November, 2017** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

    c.  Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d.  ☐  The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐  Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection ☑ NONE

    a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

    b.  Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Scott E. Tanne st2477** | **Attorney Fees** | 1,479.00 |
| **Internal Revenue Service** | **Wages, salaries, and commissions** | 23,891.00 |
| **State of New Jersey** | **Taxes and certain other debts** | 360.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Nationstar Mortgage, LLC** | **3 Belleview Terrace West Orange, NJ 07052** | **21,848.60** | **0.00** | **21,848.60** | **3,247.60 currently, payments to be made pursuant to note and mortgage** |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **-NONE-** | | | | |

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ocwen Loan Servicing | 3 Belleville Terrace West Orange, NJ 07052 | 53,917 | 300,000.00 | 343,342.28 | 0.00 | 0.00 | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### f. Secured Claims Unaffected by the Plan ☐ NONE

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| Ally Financial |

### g. Secured Claims to be Paid in Full Through the Plan ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

## Part 5: Unsecured Claims ☑ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐   Not less than $____ to be distributed *pro rata*

☐   Not less than ___ percent

☑   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

## Part 6: Executory Contracts and Unexpired Leases ☑ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Lincoln Automotive Finance | | Auto lease | Assume | 469.01 |

| Part 7: Motions ☐ NONE |
|---|
| **NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1.** *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.** |

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☐ NONE
    The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **Ocwen Loan Servicing, Llc** | **3 Belleview Terrace West Orange, NJ** | **53,917.00** | **300,000.00** | **343,342.28** | 0 | **ALL** |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **-NONE-** |  |  |  |  |  |

| Part 8: Other Plan Provisions |
|---|

    a. **Vesting of Property of the Estate**
        ☑ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
    Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-petition claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification ☑ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **November 17, 2017**  .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **To assume auto lease with Lincoln Financial** | **Amending Part 6 to assume lease** |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ☐ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date    **December 14, 2017**    /s/ Scott E. Tanne
                                  Scott E. Tanne st2477
                                  Attorney for the Debtor

Date:   **December 14, 2017**    /s/ Bruce E Buchanan, Jr
                                  Bruce E Buchanan, Jr
                                  Debtor

Date:   **December 14, 2017**    /s/ Kimberly A Buchanan
                                  Kimberly A Buchanan
                                  Joint Debtor

## Signatures

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

| | | |
|---|---|---|
| Date | **December 14, 2017** | /s/ Scott E. Tanne |
| | **Scott E. Tanne st2477** | |
| | Attorney for the Debtor | |

I certify under penalty of perjury that the above is true.

| | | |
|---|---|---|
| Date: | **December 14, 2017** | /s/ Bruce E Buchanan, Jr |
| | **Bruce E Buchanan, Jr** | |
| | Debtor | |
| Date: | **December 14, 2017** | /s/ Kimberly A Buchanan |
| | **Kimberly A Buchanan** | |
| | Joint Debtor | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-32036-VFP
Bruce E Buchanan, Jr                                                  Chapter 13
Kimberly A Buchanan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 2              Date Rcvd: Jan 04, 2018
                             Form ID: pdf901        Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2018.
db/jdb         +Bruce E Buchanan, Jr,    Kimberly A Buchanan,    3 Belleview Terrace,
                 West Orange, NJ 07052-5004
cr              CAB East LLC, serviced by Lincoln Automotive Finan,    P.O. Box 62180,    Colorado Springs, NJ
517151636       American Express,    PO BOX 1270,    Newark, NJ 07101-1270
517151638      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517151639      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517151643      +CITI,    PO BOX 6241,    Sioux Falls, SD 57117-6241
517151640      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517151641      +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
517151642      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517151645      +Citibank/Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
517151644      +Citibank/Best Buy,    Centralized Bk/Citicorp Credt Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
517151647      +Citibank/Goodyear,    Po Box 6497,    Sioux Falls, SD 57117-6497
517151646      +Citibank/Goodyear,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517151649      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517151648      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517151651      +Citicards Cbna,    Po Box 6241,    Sioux Falls, SD 57117-6241
517151650      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517151653     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    Attn: Bankruptcy,    Po Box 81577,
                 Austin, TX 78708)
517151654      +Dell Financial Services,    Po Box 81607,    Austin, TX 78708-1607
517151657      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
517151658      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
517151659      +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
517151660      +First National Bank,    Po Box 3412,    Omaha, NE 68103-0412
517167810      +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
517247545      +HSBC Bank USA, N.A.,    Nationstar Mortgage LLC d/b/a Mr. Cooper,    Attn: Bankruptcy Department,
                 PO Box 619096,    Dallas TX 75261-9096
517157960       Lincoln Automotive Financial Services,    Dept. 55953,    P O Box 55000,
                 Detroit MI, 48255-0953
517151662      +Lincoln Automotive Fin,    Pob 54200,    Omaha, NE 68154-8000
517151664     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    350 Highland Dr,    Lewisville, TX 75067)
517151663      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517151668      +Ocwen Loan Servicing, Llc,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
517151670      +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
517151671       Raymour & Flanigan,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
517151672     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 PO Box 245,    Trenton, NJ 08695-0245)
517151681      +Thymes Four LLC,    55 Eagle Rock Avenue,    East Hanover, NJ 07936-3143
517151682      +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
517151683      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517151684      +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2018 21:59:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2018 21:59:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2018 22:05:59
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517151637       E-mail/Text: legal@arsnational.com Jan 04 2018 21:59:14      ARS National Services Inc,
                 PO Box 469100,    Escondido, CA 92046-9100
517200964       E-mail/Text: ally@ebn.phinsolutions.com Jan 04 2018 21:58:53      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517151634      +E-mail/Text: ally@ebn.phinsolutions.com Jan 04 2018 21:58:53      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517151635      +E-mail/Text: ally@ebn.phinsolutions.com Jan 04 2018 21:58:53      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
517151656       E-mail/Text: mrdiscen@discover.com Jan 04 2018 21:58:55      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
517171069       E-mail/Text: mrdiscen@discover.com Jan 04 2018 21:58:55      Discover Bank,
                 Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jan 04, 2018
                              Form ID: pdf901          Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517151655      +E-mail/Text: mrdiscen@discover.com Jan 04 2018 21:58:55       Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517151661       E-mail/Text: cio.bncmail@irs.gov Jan 04 2018 21:59:07       Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517151666      +E-mail/Text: bnc@nordstrom.com Jan 04 2018 21:59:01       Nordstrom Fsb,   13531 E Caley Ave,
                 Englewood, CO 80111-6505
517151665      +E-mail/Text: bnc@nordstrom.com Jan 04 2018 21:59:01       Nordstrom Fsb,   Correspondence,
                 Po Box 6555,   Englewood, CO 80155-6555
517151667      +Fax: 407-737-5634 Jan 04 2018 22:19:42       Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,   West Palm Bch, FL 33409-6493
517151669      +E-mail/Text: BankruptcyMail@questdiagnostics.com Jan 04 2018 21:59:50       Quest Diagnostics,
                 3 Giralda Farms,   Madison, NJ 07940-1027
517151674      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2018 22:06:00       Syncb/hdceap,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
517151673      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2018 22:06:00       Syncb/hdceap,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
517156082      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2018 22:06:00       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517151675      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2018 22:06:31       Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
517151676      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2018 22:06:00       Synchrony Bank/Amazon,
                 Po Box 965015,   Orlando, FL 32896-5015
517151677      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2018 22:06:31       Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
517151678      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2018 22:06:00       Synchrony Bank/Care Credit,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
517151679      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2018 22:06:16       Synchrony Bank/TJX,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
517151680      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2018 22:06:16       Synchrony Bank/TJX,
                 Po Box 965015,   Orlando, FL 32896-5015
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517151652      Comenitycap/vintagekng
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2018 at the address(es) listed below:
          Jenelle C Arnold    on behalf of Creditor    HSBC BANK (USA) bkecfinbox@aldridgepite.com,
           jarnold@ecf.inforuptcy.com
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Lincoln Automotive
           Financial Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent
           Mortgage Trust 2006-6 rsolarz@kmllawgroup.com
          Scott E. Tanne    on behalf of Debtor Bruce E Buchanan, Jr info@tannelaw.com,
           tanne.ecf.email@gmail.com
          Scott E. Tanne    on behalf of Joint Debtor Kimberly A Buchanan info@tannelaw.com,
           tanne.ecf.email@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```