SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
#### Chapter 13 Case # 17-32036

Re:   BRUCE E BUCHANAN, JR                             Atty:   SCOTT E TANNE ESQ
      KIMBERLY A BUCHANAN                                      4 CHATHAM ROAD
      3 BELLEVIEW TERRACE                                      SUMMIT, NJ  07901
      WEST ORANGE,  NJ  07052

## RECEIPTS AS OF 12/31/2017        (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/01/2017 | $919.00 | 4479803000    - | | | |

**Total Receipts: $919.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $919.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017        (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 108.44 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | AMERICAN EXPRESS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | CITI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | CHASE CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | CITIBANK/BEST BUY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | CITIBANK/GOODYEAR | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | DELL FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | DISCOVER BANK | UNSECURED | 6,235.41 | 0.00% | 0.00 | 0.00 |
| 0026 | FIRST NATL BANK OF OMAHA | UNSECURED | 9,841.75 | 0.00% | 0.00 | 0.00 |
| 0028 | UNITED STATES TREASURY/IRS | PRIORITY | 36,014.50 | 100.00% | 0.00 | 0.00 |
| 0031 | HSBC BANK USA NA | MORTGAGE ARRE | 20,603.49 | 100.00% | 0.00 | 0.00 |
| 0033 | NORDSTROM FSB | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0035 | OCWEN LOAN SERVICING, LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | QUEST DIAGNOSTICS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0037 | RAYMOUR & FLANIGAN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0041 | SYNCB/HDCEAP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0042 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0044 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0051 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 2,418.81 | 0.00% | 0.00 | 0.00 |
| 0056 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 17-32036**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0057 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0058 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0059 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0060 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0061 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0062 | CITICARDS CBNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0063 | COMENITYCAP/VINTAGEKNG | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0064 | UNITED STATES TREASURY/IRS | UNSECURED | 943.28 | 0.00% | 0.00 | 0.00 |
| 0065 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0066 | LINCOLN AUTOMOTIVE FINANCIAL | UNSECURED | 11,725.25 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $108.44**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $919.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $108.44    =    Funds on Hand: $1,729.56

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.