**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                                                          CASE NO.: 17-32036-VFP
                                                                                                 CHAPTER 13
BRUCE E. BUCHANAN, JR. and
KIMBERLY A. BUCHANAN,

  Debtors.
_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H3 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                              Robertson, Anschutz & Schneid, P.L.
                                              Authorized Agent for Secured Creditor
                                              6409 Congress Ave., Suite 100
                                              Boca Raton, FL 33487
                                              Telephone: 561-241-6901 (main)
                                              Telephone:  973-575-0707 (local)
                                              By: /s/Laura Egerman
                                              Laura Egerman, Esquire
                                              Email: legerman@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 12, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

SCOTT E. TANNE ESQ.
SCOTT E. TANNE ESQ.
4 CHATHAM ROAD
SUMMIT, NJ  07901

BRUCE E BUCHANAN, JR
3 BELLEVIEW TER
WEST ORANGE, NJ  07052

KIMBERLY A BUCHANAN
3 BELLEVIEW TER
WEST ORANGE, NJ  07052

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD., SUITE 330
FAIRFIELD, NJ  07004

US DEPARTMENT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901 (main)
Telephone:  973-575-0707 (local)
By: /s/Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com