Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 17−32036−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Bruce E Buchanan Jr | Kimberly A Buchanan |
| 3 Belleview Terrace | 3 Belleview Terrace |
| West Orange, NJ 07052 | West Orange, NJ 07052 |

Social Security No.:
  xxx−xx−6713                                  xxx−xx−0145

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

  Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: January 26, 2018
JAN: admi

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Bruce E Buchanan, Jr
Kimberly A Buchanan
     Debtors

Case No. 17-32036-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 26, 2018
                           Form ID: finmgtc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.
db/jdb       +Bruce E Buchanan, Jr,    Kimberly A Buchanan,    3 Belleview Terrace,    West Orange, NJ 07052-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2018 23:34:16     U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2018 23:34:13     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                                    TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
       Jenelle C Arnold    on behalf of Creditor    HSBC BANK (USA) bkecfinbox@aldridgepite.com,    jarnold@ecf.inforuptcy.com
       John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Lincoln Automotive Financial Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
       Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006-6 rsolarz@kmllawgroup.com
       Scott E. Tanne    on behalf of Debtor Bruce E Buchanan, Jr info@tannelaw.com,    tanne.ecf.email@gmail.com
       Scott E. Tanne    on behalf of Joint Debtor Kimberly A Buchanan info@tannelaw.com,    tanne.ecf.email@gmail.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 9