| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>SCOTT E. TANNE, ESQ., P.C.<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776<br>Fax: (973) 701-0111<br>Scott E. Tanne, Esq.<br>ST2477<br>Attorney for Debtor | <br><br>Order Filed on March 22, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Bruce Buchanan and<br>Kimberly Buchanan | Case No.:  17-32036-VFP<br><br>Adv. No.:<br><br>Hearing Date: March 15, 2018<br><br>Judge: Papalia |

## ORDER STRIPPING OFF SECOND MORTGAGE OF
## OCWEN LOAN SERVICING, LLC

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: March 22, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**

Debtor:  Bruce Buchanan and Kimberly Buchanan
Case No.:  17-32036-VFP
Caption of Order:  Order Stripping Off Second Mortgage of Ocwen Loan Servicing, LLC

---

Upon consideration of Debtor's motion to strip off the second mortgage of Ocwen Loan Servicing, LLC and good cause appearing therefore, it is hereby

**ORDERED** that upon successful completion of Debtor's case, the second mortgage of Ocwen Loan Servicing, LLC on the property located at 8 Belleview Terrace, West Orange, NJ 07052 and more particularly described as Lot 12, Block 148.09 on the official tax map of the Township of west Orange, County of Essex, State of New Jersey, be and hereby is canceled; and

**IT IS FURTHER ORDERED** that upon successful completion of Debtor's case, Ocwen Loan Servicing, LLC is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and

**IT IS FURTHER ORDERED** that should Ocwen Loan Serivicng, LLC fail to release and remove the lien as ordered, the Debtors have the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices.