UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
_____

**SCOTT E. TANNE, ESQ., P.C.**
**4 Chatham Road**
**Summit, NJ 07901**
**(973) 701-1776**
**Fax: (973) 701-0111**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for Debtor**

Order Filed on March 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Bruce Buchanan and
Kimberly Buchanan

Case No.: 17-32036-VFP

Adv. No.:

Hearing Date: March 15, 2018

Judge: Papalia

## ORDER STRIPPING OFF SECOND MORTGAGE OF
## OCWEN LOAN SERVICING, LLC

   The relief set forth on the following pages, numbered two (2) through ___2_____ is hereby **ORDERED**.

   **DATED: March 22, 2018**

_____
  **Honorable Vincent F. Papalia**
  **United States Bankruptcy Judge**

Debtor:             Bruce Buchanan and Kimberly Buchanan
Case No.:           17-32036-VFP
Caption of Order:   Order Stripping Off Second Mortgage of Ocwen Loan Servicing, LLC

---

Upon consideration of Debtor's motion to strip off the second mortgage of Ocwen Loan Servicing, LLC and good cause appearing therefore, it is hereby

**ORDERED** that upon successful completion of Debtor's case, the second mortgage of Ocwen Loan Servicing, LLC on the property located at 8 Belleview Terrace, West Orange, NJ 07052 and more particularly described as Lot 12, Block 148.09 on the official tax map of the Township of west Orange, County of Essex, State of New Jersey, be and hereby is canceled; and

**IT IS FURTHER ORDERED** that upon successful completion of Debtor's case, Ocwen Loan Servicing, LLC is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and

**IT IS FURTHER ORDERED** that should Ocwen Loan Serivicng, LLC fail to release and remove the lien as ordered, the Debtors have the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-32036-VFP
Bruce E Buchanan, Jr                                                            Chapter 13
Kimberly A Buchanan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 23, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db/jdb         +Bruce E Buchanan, Jr,   Kimberly A Buchanan,   3 Belleview Terrace,
                 West Orange, NJ 07052-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent Mortgage
               Trust 2006-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jenelle C Arnold    on behalf of Creditor    HSBC BANK (USA) bkecfinbox@aldridgepite.com,
               jarnold@ecf.inforuptcy.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Lincoln Automotive
               Financial Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin M. Buttery    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent Mortgage
               Trust 2006-6 bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent
               Mortgage Trust 2006-6 rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Debtor Bruce E Buchanan, Jr info@tannelaw.com,
               tanne.ecf.email@gmail.com
              Scott E. Tanne    on behalf of Joint Debtor Kimberly A Buchanan info@tannelaw.com,
               tanne.ecf.email@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10