Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−32036−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Bruce E Buchanan Jr | Kimberly A Buchanan |
| 3 Belleview Terrace | 3 Belleview Terrace |
| West Orange, NJ 07052 | West Orange, NJ 07052 |

Social Security No.:
    xxx−xx−6713

    xxx−xx−0145

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        5/17/18
Time:        02:00 PM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
$1,100.00

EXPENSES
$36.14

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 16, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-32036-VFP
Bruce E Buchanan, Jr                                                            Chapter 13
Kimberly A Buchanan
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3          Date Rcvd: Apr 16, 2018
                             Form ID: 137          Total Noticed: 76


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
```
db/jdb        +Bruce E Buchanan, Jr,   Kimberly A Buchanan,   3 Belleview Terrace,
               West Orange, NJ 07052-5004
cr             CAB East LLC, serviced by Lincoln Automotive Finan,   P.O. Box 62180,   Colorado Springs, NJ
517151636      American Express,   PO BOX 1270,   Newark, NJ 07101-1270
517329725      American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
517151638     +Barclays Bank Delaware,   100 S West St,   Wilmington, DE 19801-5015
517151639     +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
517151643     +CITI,   PO BOX 6241,   Sioux Falls, SD 57117-6241
517151640     +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517151641     +Capital One,   Po Box 30281,   Salt Lake City, UT 84130-0281
517151642     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517151645     +Citibank/Best Buy,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
517151644     +Citibank/Best Buy,   Centralized Bk/Citicorp Credt Srvs,   Po Box 790040,
               St Louis, MO 63179-0040
517151647     +Citibank/Goodyear,   Po Box 6497,   Sioux Falls, SD 57117-6497
517151646     +Citibank/Goodyear,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
               S Louis, MO 63179-0040
517151649     +Citibank/The Home Depot,   Po Box 6497,   Sioux Falls, SD 57117-6497
517151648     +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
               S Louis, MO 63179-0040
517151651     +Citicards Cbna,   Po Box 6241,   Sioux Falls, SD 57117-6241
517151650     +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
               Saint Louis, MO 63179-0040
517151653     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,   Attn: Bankruptcy,   Po Box 81577,
               Austin, TX 78708)
517151654     +Dell Financial Services,   Po Box 81607,   Austin, TX 78708-1607
517268740      Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA  98083-0657
517279370     +Deutsche Bank National Trust Company,   Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave., Suite 100,   Boca Raton, FL 33487-2853
517382492     +Deutsche Bank National Trust Company, as Indenture,   1661 Worthington Road, Suite 100,
               West Palm Beach, FL 33409-6493
517151657     +Equifax,   PO BOX 740241,   Atlanta, GA 30374-0241
517151658     +Experian,   PO BOX 9701,   Allen, TX 75013-9701
517151659     +First National Bank,   Attn: FNN Legal Dept,   1620 Dodge St Mailstop Code 3290,
               Omaha, NE 68102-1593
517151660     +First National Bank,   Po Box 3412,   Omaha, NE 68103-0412
517167810     +First National Bank of Omaha,   1620 Dodge St.,   Stop Code 3105,   Omaha, NE 68197-0002
517247545     +HSBC Bank USA, N.A.,   Nationstar Mortgage LLC d/b/a Mr. Cooper,   Attn: Bankruptcy Department,
               PO Box 619096,   Dallas TX 75261-9096
517157960      Lincoln Automotive Financial Services,   Dept. 55953,   P O Box 55000,
               Detroit MI, 48255-0953
517151662     +Lincoln Automotive Fin,   Pob 54200,   Omaha, NE 68154-8000
517151664     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   350 Highland Dr,   Lewisville, TX 75067)
517151663     +Nationstar Mortgage LLC,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,
               Coppell, TX 75019-4620
517323793     +Nordstrom, Inc.,   Jefferson Capital Systems LLC Assignee,   Po Box 7999,
               Saint Cloud Mn 56302-7999
517151668     +Ocwen Loan Servicing, Llc,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
517151670     +Raymour & Flanigan,   Attn: Legal Dept,   7248 Morgan Rd,   Liverpool, NY 13090-4535
517151671      Raymour & Flanigan,   Cscl Dispute Team N8235-04m,   Des Moines, IA 50306
517151672     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Unit,
               PO Box 245,   Trenton, NJ 08695-0245)
517151681     +Thymes Four LLC,   55 Eagle Rock Avenue,   East Hanover, NJ 07936-3143
517151682     +Trans Union,   PO BOX 2000,   Chester, PA 19016-2000
517151683     +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
517151684     +Visa Dept Store National Bank/Macy's,   Po Box 8218,   Mason, OH 45040-8218
517268776      Wells Fargo Bank, N.A.,   Po Box 10438, MAC F8235-02F,   Des Moines, IA    50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 16 2018 23:11:04    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 16 2018 23:11:02    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2018 23:13:34
               Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
517151637      E-mail/Text: legal@arsnational.com Apr 16 2018 23:10:51    ARS National Services Inc,
               PO Box 469100,   Escondido, CA 92046-9100
```

```
District/off: 0312-2          User: admin           Page 2 of 3           Date Rcvd: Apr 16, 2018
                              Form ID: 137           Total Noticed: 76
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517200964       E-mail/Text: ally@ebn.phinsolutions.com Apr 16 2018 23:10:24        Ally Capital,    PO Box 130424,
                Roseville MN 55113-0004
517151634      +E-mail/Text: ally@ebn.phinsolutions.com Apr 16 2018 23:10:24        Ally Financial,
                Attn: Bankruptcy,   Po Box 380901,   Bloomington, MN 55438-0901
517151635      +E-mail/Text: ally@ebn.phinsolutions.com Apr 16 2018 23:10:24        Ally Financial,
                200 Renaissance Ctr,   Detroit, MI 48243-1300
517151656       E-mail/Text: mrdiscen@discover.com Apr 16 2018 23:10:26        Discover Financial,    Po Box 15316,
                Wilmington, DE 19850
517171069      +E-mail/Text: mrdiscen@discover.com Apr 16 2018 23:10:26        Discover Bank,
                Discover Products Inc.,    PO Box 3025,   New Albany, OH 43054-3025
517151655      +E-mail/Text: mrdiscen@discover.com Apr 16 2018 23:10:26        Discover Financial,    PO Box 3025,
                New Albany, OH 43054-3025
517151661       E-mail/Text: cio.bncmail@irs.gov Apr 16 2018 23:10:40        Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
517376825       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2018 23:14:08
                LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517339813      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 16 2018 23:11:01        MIDLAND FUNDING LLC,
                PO BOX 2011,   Warren MI 48090-2011
517151666      +E-mail/Text: bnc@nordstrom.com Apr 16 2018 23:10:33        Nordstrom Fsb,    13531 E Caley Ave,
                Englewood, CO 80111-6505
517151665      +E-mail/Text: bnc@nordstrom.com Apr 16 2018 23:10:33        Nordstrom Fsb,    Correspondence,
                Po Box 6555,   Englewood, CO 80155-6555
517151667      +Fax: 407-737-5634 Apr 16 2018 23:34:04       Ocwen Loan Servicing, Llc,
                Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
517293116       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2018 23:13:36
                Portfolio Recovery Associates, LLC,   c/o Barclaycard,    POB 41067,   Norfolk VA 23541
517332922       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2018 23:32:27
                Portfolio Recovery Associates, LLC,   c/o Best Buy Credit Card,    POB 41067,
                Norfolk VA 23541
517302390       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2018 23:13:50
                Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.A.,    POB 41067,
                Norfolk VA 23541
517332970       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2018 23:13:51
                Portfolio Recovery Associates, LLC,   c/o Goodyear,    POB 41067,   Norfolk VA 23541
517302413       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2018 23:32:14
                Portfolio Recovery Associates, LLC,   c/o Household Bank,    POB 41067,   Norfolk VA 23541
517332898       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2018 23:32:13
                Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,    POB 41067,
                Norfolk VA 23541
517369067       E-mail/Text: bnc-quantum@quantum3group.com Apr 16 2018 23:10:56
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
517151669      +E-mail/Text: BankruptcyMail@questdiagnostics.com Apr 16 2018 23:11:49        Quest Diagnostics,
                3 Giralda Farms,   Madison, NJ 07940-1027
517151674      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2018 23:13:34        Syncb/hdceap,    C/o Po Box 965036,
                Orlando, FL 32896-0001
517151673      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2018 23:13:48        Syncb/hdceap,    Attn: Bankruptcy,
                Po Box 965060,   Orlando, FL 32896-5060
517156082      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2018 23:14:04        Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517151675      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2018 23:13:49        Synchrony Bank/Amazon,
                Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
517151676      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2018 23:13:34        Synchrony Bank/Amazon,
                Po Box 965015,   Orlando, FL 32896-5015
517151677      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2018 23:14:04        Synchrony Bank/Care Credit,
                Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
517151678      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2018 23:13:49        Synchrony Bank/Care Credit,
                C/o Po Box 965036,   Orlando, FL 32896-0001
517151679      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2018 23:14:04        Synchrony Bank/TJX,
                Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
517151680      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2018 23:13:49        Synchrony Bank/TJX,
                Po Box 965015,   Orlando, FL 32896-5015
                                                                                          TOTAL: 33
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517151652     Comenitycap/vintagekng
cr*          +DEUTSCHE BANK NATIONAL TRUST COMPANY,   Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
517376839*   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
              PO Box 10390,   Greenville, SC 29603-0390)
                                                                              TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2         User: admin              Page 3 of 3           Date Rcvd: Apr 16, 2018
                            Form ID: 137              Total Noticed: 76
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, N.A., as Trustee for Luminent Mortgage
          Trust 2006-6 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jenelle C Arnold    on behalf of Creditor   HSBC BANK (USA) bkecfinbox@aldridgepite.com,
          jarnold@ecf.inforuptcy.com
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Lincoln Automotive
          Financial Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin M. Buttery    on behalf of Creditor   HSBC Bank USA, N.A., as Trustee for Luminent Mortgage
          Trust 2006-6 bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY
          bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent
          Mortgage Trust 2006-6 rsolarz@kmllawgroup.com
          Scott E. Tanne    on behalf of Debtor Bruce E Buchanan, Jr info@tannelaw.com,
          tanne.ecf.email@gmail.com
          Scott E. Tanne    on behalf of Joint Debtor Kimberly A Buchanan info@tannelaw.com,
          tanne.ecf.email@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 10
```