UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

Order Filed on May 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bruce E. Buchanan, Jr., and
Kimberly A. Buchanan

Case No.: 17-32036-VFP

Chapter: 13

Judge: Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 24, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Tanne, Esq., P.C._____, the applicant, is allowed a fee of $ _____1,100.00_____ for services rendered and expenses in the amount of $_____36.14_____ for a total of $_____1,136.14_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Bruce E Buchanan, Jr  
Kimberly A Buchanan  
       Debtors

Case No. 17-32036-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 25, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2018.  
db/jdb        +Bruce E Buchanan, Jr,    Kimberly A Buchanan,    3 Belleview Terrace,     West Orange, NJ 07052-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2018 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jenelle C Arnold    on behalf of Creditor    HSBC BANK (USA) bkecfinbox@aldridgepite.com, jarnold@ecf.inforuptcy.com  
       John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Lincoln Automotive Financial Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Kevin M. Buttery    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006-6 bkyefile@rasflaw.com  
       Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006-6 rsolarz@kmllawgroup.com  
       Scott E. Tanne    on behalf of Debtor Bruce E Buchanan, Jr info@tannelaw.com, tanne.ecf.email@gmail.com  
       Scott E. Tanne    on behalf of Joint Debtor Kimberly A Buchanan info@tannelaw.com, tanne.ecf.email@gmail.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                   TOTAL: 10