**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

| | | |
|---|---|---|
| Joseph D. Petrolino, Jr.<br>Staff Attorney<br><br>Brian M. Knapp<br>Staff Attorney | 30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br><br>Phone 973-227-2840<br>Fax 973-227-3272 | For Payments Only:<br><br>PO BOX 520<br>MEMPHIS, TN  38101-0520 |

August 27, 2018

**Re: Standing Trustee's Notice of Distribution**
    **Case No: 17-32036**

On March 22, 2018 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST 27, 2018

**Chapter 13 Case # 17-32036**

Atty:    SCOTT E TANNE ESQ

Re:     BRUCE E BUCHANAN, JR
        KIMBERLY A BUCHANAN
        3 BELLEVIEW TERRACE
        WEST ORANGE, NJ  07052

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $69,001.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/01/2017 | $919.00 | 4479803000 - | 01/01/2018 | $919.00 | 4559125000 - |
| 02/01/2018 | $919.00 | 4635174000 - | 02/28/2018 | $1,092.00 | 4706662000 - |
| 04/02/2018 | $1,092.00 | 4795251000 | 04/30/2018 | $1,092.00 | 4873570000 |
| 06/01/2018 | $1,092.00 | 4954502000 | 07/02/2018 | $1,092.00 | 5030267000 |
| 08/01/2018 | $1,092.00 | 5113515000 | | | |

**Total Receipts: $9,309.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $9,309.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 495.73 | |
| ATTY | ATTORNEY | ADMIN | 2,615.14 | 100.00% | 2,615.14 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0004 | AMERICAN EXPRESS BANK | UNSECURED | 9,291.04 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,423.20 | * | 0.00 | |
| 0007 | LVNV FUNDING LLC | UNSECURED | 6,151.41 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,888.96 | * | 0.00 | |
| 0010 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,104.34 | * | 0.00 | |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,859.40 | * | 0.00 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,218.26 | * | 0.00 | |
| 0020 | DELL FINANCIAL SERVICES LLC | UNSECURED | 2,150.15 | * | 0.00 | |
| 0023 | DISCOVER BANK | UNSECURED | 6,235.41 | * | 0.00 | |
| 0026 | FIRST NATL BANK OF OMAHA | UNSECURED | 9,841.75 | * | 0.00 | |
| 0028 | UNITED STATES TREASURY/IRS | PRIORITY | 36,014.50 | 100.00% | 0.00 | |
| 0031 | HSBC BANK USA NA | MORTGAGE ARRE | 20,603.49 | 100.00% | 4,797.74 | |
| 0033 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,277.92 | * | 0.00 | |
| 0035 | DEUTSCHE BANK NATIONAL TRUST COM | UNSECURED | 53,111.82 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0036 | QUEST DIAGNOSTICS | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | WELLS FARGO BANK NA | SECURED | 934.00 | 100.00% | 217.49 | |
| 0041 | QUANTUM3 GROUP LLC | UNSECURED | 1,908.94 | * | 0.00 | |
| 0042 | QUANTUM3 GROUP LLC | UNSECURED | 1,810.00 | * | 0.00 | |
| 0044 | QUANTUM3 GROUP LLC | UNSECURED | 2,268.05 | * | 0.00 | |
| 0051 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 2,418.81 | * | 0.00 | |
| 0057 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,034.63 | * | 0.00 | |
| 0058 | MIDLAND FUNDING LLC | UNSECURED | 2,290.39 | * | 0.00 | |
| 0059 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,927.22 | * | 0.00 | |
| 0060 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 934.40 | * | 0.00 | |
| 0061 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,549.50 | * | 0.00 | |
| 0062 | CITICARDS CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | COMENITYCAP/VINTAGEKNG | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | UNITED STATES TREASURY/IRS | UNSECURED | 943.28 | * | 0.00 | |
| 0065 | QUANTUM3 GROUP LLC | UNSECURED | 2,497.11 | * | 0.00 | |
| 0066 | LINCOLN AUTOMOTIVE FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0067 | STATE OF NJ | PRIORITY | 372.68 | 100.00% | 0.00 | |
| 0068 | HSBC BANK USA NA | (NEW) MTG Agree | 531.00 | 100.00% | 123.66 | |

**Total Paid: $8,249.76**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| HSBC BANK USA NA | | | | | | | |
| | 04/16/2018 | $939.94 | 799794 | | 04/16/2018 | $24.22 | 799794 |
| | 05/14/2018 | $24.86 | 801677 | | 05/14/2018 | $964.45 | 801677 |
| | 06/18/2018 | $964.45 | 803567 | | 06/18/2018 | $24.86 | 803567 |
| | 07/16/2018 | $24.86 | 805569 | | 07/16/2018 | $964.45 | 805569 |
| | 08/20/2018 | $964.45 | 807429 | | 08/20/2018 | $24.86 | 807429 |
| WELLS FARGO BANK NA | | | | | | | |
| | 04/16/2018 | $42.61 | 801290 | | 05/14/2018 | $43.72 | 803178 |
| | 06/18/2018 | $43.72 | 805162 | | 07/16/2018 | $43.72 | 807065 |
| | 08/20/2018 | $43.72 | 809051 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: August 27, 2018.

Receipts: $9,309.00    -    Paid to Claims: $5,138.89    -    Admin Costs Paid: $3,110.87    =    Funds on Hand: $1,059.24

Base Plan Amount: $69,001.00    -    Receipts: $9,309.00    =    Total Unpaid Balance: **$59,692.00

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.