Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−32036−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Bruce E Buchanan Jr | Kimberly A Buchanan |
| 3 Belleview Terrace | 3 Belleview Terrace |
| West Orange, NJ 07052 | West Orange, NJ 07052 |

Social Security No.:
   xxx−xx−6713                                       xxx−xx−0145

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/7/19 at 10:00 AM

to consider and act upon the following:

*43* − Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: re: 3 Belleview Terrace, West Orange, NJ, 07052. Fee Amount $ 181. filed by Creditor HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6, 32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6. Objection deadline is 01/30/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*45* − Objection to Mortgagee Certification of Default (related document:43 Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: re: 3 Belleview Terrace, West Orange, NJ, 07052. Fee Amount $ 181. filed by Creditor HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6, 32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6. Objection deadline is 01/30/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6) filed by Scott E. Tanne on behalf of Bruce E Buchanan Jr, Kimberly A Buchanan. (Attachments: # 1 Facsimile Certification # 2 Certificate of Service) (Tanne, Scott)

Dated: 1/31/19

                                                       Jeanne Naughton
                                                       Clerk, U.S. Bankruptcy Court