Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−32036−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Bruce E Buchanan Jr | Kimberly A Buchanan |
| 3 Belleview Terrace | 3 Belleview Terrace |
| West Orange, NJ 07052 | West Orange, NJ 07052 |

Social Security No.:
   xxx−xx−6713                                    xxx−xx−0145

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/7/19 at 10:00 AM

to consider and act upon the following:

**43** − Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: re: 3 Belleview Terrace, West Orange, NJ, 07052. Fee Amount $ 181. filed by Creditor HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6, 32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6. Objection deadline is 01/30/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**45** − Objection to Mortgagee Certification of Default (related document:43 Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: re: 3 Belleview Terrace, West Orange, NJ, 07052. Fee Amount $ 181. filed by Creditor HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6, 32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6. Objection deadline is 01/30/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6) filed by Scott E. Tanne on behalf of Bruce E Buchanan Jr, Kimberly A Buchanan. (Attachments: # 1 Facsimile Certification # 2 Certificate of Service) (Tanne, Scott)

Dated: 1/31/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-32036-VFP
Bruce E Buchanan, Jr                                            Chapter 13
Kimberly A Buchanan
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin          Page 1 of 1          Date Rcvd: Jan 31, 2019
                             Form ID: ntchrgbk     Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
db/jdb          +Bruce E Buchanan, Jr,   Kimberly A Buchanan,   3 Belleview Terrace,
                 West Orange, NJ 07052-5004
cr              CAB East LLC, serviced by Lincoln Automotive Finan,   P.O. Box 62180,   Colorado Springs, NJ
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,   Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:06:31
                Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 1


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor   HSBC Bank USA, N.A., as Trustee for Luminent Mortgage
               Trust 2006-6 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jenelle C Arnold   on behalf of Creditor   HSBC BANK (USA) bkecfinbox@aldridgepite.com,
               jarnold@ecf.courtdrive.com
              John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Lincoln Automotive
               Financial Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Kevin M. Buttery   on behalf of Creditor   HSBC Bank USA, N.A., as Trustee for Luminent Mortgage
               Trust 2006-6 bkyefile@rasflaw.com
              Laura M. Egerman   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg   magecf@magtrustee.com
              Rebecca Ann Solarz   on behalf of Creditor   HSBC Bank USA, N.A., as Trustee for Luminent
               Mortgage Trust 2006-6 rsolarz@kmllawgroup.com
              Scott E. Tanne   on behalf of Joint Debtor Kimberly A Buchanan ecf@tannelaw.com,
               tanne.ecf.email@gmail.com
              Scott E. Tanne   on behalf of Debtor Bruce E Buchanan, Jr ecf@tannelaw.com,
               tanne.ecf.email@gmail.com
              Sindi Mncina   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
              Sindi Mncina   on behalf of Creditor   HSBC Bank USA, N.A., as Trustee for Luminent Mortgage
               Trust 2006-6 smncina@rascrane.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 12