UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

Buchanan, Bruce E.

Case No.:    17-32036 VFP

Chapter:    13

Hearing Date:    3/7/19

Judge:    Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Creditor's Certification of Default filed on January 16, 2019; docket number 43

Date: 2/4/19                          /s/ Denise Carlon
                                      Signature

*rev.8/1/15*