Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−32036−VFP
                Chapter:  13
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bruce E Buchanan Jr                              Kimberly A Buchanan
   3 Belleview Terrace                               3 Belleview Terrace
   West Orange, NJ 07052                     West Orange, NJ 07052

Social Security No.:
   xxx−xx−6713                                         xxx−xx−0145

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/20/20 at 10:00 AM

to consider and act upon the following:

**49** − Creditor's Certification of Default (related document:32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6. Objection deadline is 01/14/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**50** − Certification in Opposition to Certification of Default filed by Nationstar (related document:49 Creditor's Certification of Default (related document:32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6. Objection deadline is 01/14/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6) filed by Scott E. Tanne on behalf of Bruce E Buchanan Jr, Kimberly A Buchanan. (Attachments: # 1 Exhibit # 2 Facsimile Certification # 3 Certificate of Service) (Tanne, Scott)

Dated: 1/15/20

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court