Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−32036−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Bruce E Buchanan Jr                              Kimberly A Buchanan
    3 Belleview Terrace                              3 Belleview Terrace
    West Orange, NJ 07052                            West Orange, NJ 07052

Social Security No.:
    xxx−xx−6713                                      xxx−xx−0145

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/20/20 at 10:00 AM

to consider and act upon the following:

**49** − Creditor's Certification of Default (related document:32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6. Objection deadline is 01/14/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**50** − Certification in Opposition to Certification of Default filed by Nationstar (related document:49 Creditor's Certification of Default (related document:32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6. Objection deadline is 01/14/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6) filed by Scott E. Tanne on behalf of Bruce E Buchanan Jr, Kimberly A Buchanan. (Attachments: # 1 Exhibit # 2 Facsimile Certification # 3 Certificate of Service) (Tanne, Scott)

Dated: 1/15/20

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court

```
                      United States Bankruptcy Court
                           District of New Jersey
In re:                                                        Case No. 17-32036-VFP
Bruce E Buchanan, Jr                                          Chapter 13
Kimberly A Buchanan
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 1                  Date Rcvd: Jan 15, 2020
                              Form ID: ntchrgbk           Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db/jdb        +Bruce E Buchanan, Jr,    Kimberly A Buchanan,    3 Belleview Terrace,
                West Orange, NJ 07052-5004
cr             CAB East LLC, serviced by Lincoln Automotive Finan,    P.O. Box 62180,    Colorado Springs, NJ
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 00:11:28
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent Mortgage
               Trust 2006-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jenelle C Arnold    on behalf of Creditor    HSBC BANK (USA) bkecfinbox@aldridgepite.com,
               jarnold@ecf.courtdrive.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Lincoln Automotive
               Financial Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin M. Buttery    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent Mortgage
               Trust 2006-6 bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent
               Mortgage Trust 2006-6 rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Joint Debtor Kimberly A Buchanan ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
              Scott E. Tanne    on behalf of Debtor Bruce E Buchanan, Jr ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
              Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for Luminent Mortgage
               Trust 2006-6 smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12
```