SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 17-32036

Re:  BRUCE E BUCHANAN, JR            Atty:  SCOTT E TANNE ESQ
     KIMBERLY A BUCHANAN                    4 CHATHAM ROAD
     3 BELLEVIEW TERRACE                    SUMMIT, NJ  07901
     WEST ORANGE, NJ  07052

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $69,001.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/01/2017 | $919.00 | 4479803000 - | 01/01/2018 | $919.00 | 4559125000 - |
| 02/01/2018 | $919.00 | 4635174000 - | 02/28/2018 | $1,092.00 | 4706662000 - |
| 04/02/2018 | $1,092.00 | 4795251000 | 04/30/2018 | $1,092.00 | 4873570000 |
| 06/01/2018 | $1,092.00 | 4954502000 | 07/02/2018 | $1,092.00 | 5030267000 |
| 08/01/2018 | $1,092.00 | 5113515000 | 09/04/2018 | $1,092.00 | 5195533000 |
| 10/01/2018 | $1,092.00 | 5274372000 | 11/01/2018 | $1,092.00 | 5354529000 |
| 12/03/2018 | $1,092.00 | 5433512000 | 12/31/2018 | $1,092.00 | 5500628000 |
| 01/31/2019 | $1,092.00 | 5580207000 | 02/26/2019 | $1,092.00 | 5648839000 |
| 03/28/2019 | $1,092.00 | 5733311000 | 04/29/2019 | $1,092.00 | 5815556000 |
| 05/30/2019 | $1,092.00 | 5895244000 | 06/28/2019 | $1,092.00 | 5970109000 |
| 08/01/2019 | $1,092.00 | 6055992000 | 09/03/2019 | $1,092.00 | 6143430000 |
| 09/30/2019 | $1,092.00 | 6212964000 | 10/28/2019 | $1,092.00 | 6284152000 |
| 11/26/2019 | $1,092.00 | 6354303000 | 12/23/2019 | $1,092.00 | 6423357000 |

**Total Receipts: $27,873.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $27,873.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| HSBC BANK USA NA | | | | | | |
| | 04/16/2018 | $939.94 | 799,794 | 04/16/2018 | $24.22 | 799,794 |
| | 05/14/2018 | $964.45 | 801,677 | 05/14/2018 | $24.86 | 801,677 |
| | 06/18/2018 | $964.45 | 803,567 | 06/18/2018 | $24.86 | 803,567 |
| | 07/16/2018 | $964.45 | 805,569 | 07/16/2018 | $24.86 | 805,569 |
| | 08/20/2018 | $964.45 | 807,429 | 08/20/2018 | $24.86 | 807,429 |
| | 09/17/2018 | $988.92 | 809,413 | 09/17/2018 | $25.49 | 809,413 |
| | 10/22/2018 | $988.92 | 811,300 | 10/22/2018 | $25.49 | 811,300 |
| | 11/19/2018 | $961.40 | 813,260 | 11/19/2018 | $24.78 | 813,260 |
| | 12/17/2018 | $961.40 | 815,134 | 12/17/2018 | $24.78 | 815,134 |
| | 01/14/2019 | $961.40 | 817,065 | 01/14/2019 | $24.78 | 817,065 |
| | 02/11/2019 | $961.40 | 818,956 | 02/11/2019 | $24.78 | 818,956 |
| | 03/18/2019 | $961.40 | 820,887 | 03/18/2019 | $24.77 | 820,887 |
| | 04/15/2019 | $961.41 | 822,922 | 04/15/2019 | $24.78 | 822,922 |
| | 05/20/2019 | $961.96 | 824,882 | 05/20/2019 | $24.79 | 824,882 |
| | 06/17/2019 | $961.96 | 826,947 | 06/17/2019 | $24.79 | 826,947 |

Chapter 13 Case # 17-32036

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 07/15/2019 | $979.30 | 828,812 | | 07/15/2019 | $25.24 | 828,812 |
| | 08/19/2019 | $979.30 | 830,697 | | 08/19/2019 | $25.24 | 830,697 |
| | 09/16/2019 | $979.30 | 832,772 | | 09/16/2019 | $25.23 | 832,772 |
| | 10/21/2019 | $1,004.80 | 834,736 | | 10/21/2019 | $25.89 | 834,736 |
| | 11/18/2019 | $1,004.80 | 836,845 | | 11/18/2019 | $25.89 | 836,845 |
| | 12/16/2019 | $967.06 | 838,783 | | 12/16/2019 | $24.92 | 838,783 |
| | 01/13/2020 | $221.02 | 840,665 | | 01/13/2020 | $5.70 | 840,665 |
| STATE OF NJ | | | | | | | |
| | 01/13/2020 | $8.18 | 841,953 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 01/13/2020 | $790.44 | 8,001,404 | | | | |
| WELLS FARGO BANK NA | | | | | | | |
| | 04/16/2018 | $42.61 | 801,290 | | 05/14/2018 | $43.72 | 803,178 |
| | 06/18/2018 | $43.72 | 805,162 | | 07/16/2018 | $43.72 | 807,065 |
| | 08/20/2018 | $43.72 | 809,051 | | 09/17/2018 | $44.83 | 810,927 |
| | 10/22/2018 | $44.83 | 812,897 | | 11/19/2018 | $43.58 | 814,790 |
| | 12/17/2018 | $43.58 | 816,697 | | 01/14/2019 | $43.58 | 818,611 |
| | 02/11/2019 | $43.58 | 820,529 | | 03/18/2019 | $43.58 | 822,566 |
| | 04/15/2019 | $43.58 | 824,542 | | 05/20/2019 | $43.01 | 826,604 |
| | 06/17/2019 | $43.01 | 828,485 | | 07/15/2019 | $43.79 | 830,360 |
| | 08/19/2019 | $43.79 | 832,437 | | 09/16/2019 | $43.79 | 834,378 |
| | 10/21/2019 | $44.93 | 836,482 | | 11/18/2019 | $44.93 | 838,477 |
| | 12/16/2019 | $43.24 | 840,344 | | 01/13/2020 | $9.88 | 842,243 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,360.53 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,615.14 | 100.00% | 2,615.14 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0004 | AMERICAN EXPRESS BANK | UNSECURED | 9,291.04 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,423.20 | * | 0.00 | |
| 0007 | LVNV FUNDING LLC | UNSECURED | 6,151.41 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,888.96 | * | 0.00 | |
| 0010 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,104.34 | * | 0.00 | |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,859.40 | * | 0.00 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,218.26 | * | 0.00 | |
| 0020 | DELL FINANCIAL SERVICES LLC | UNSECURED | 2,150.15 | * | 0.00 | |
| 0023 | DISCOVER BANK | UNSECURED | 6,235.41 | * | 0.00 | |
| 0026 | FIRST NATL BANK OF OMAHA | UNSECURED | 9,841.75 | * | 0.00 | |
| 0028 | UNITED STATES TREASURY/IRS | PRIORITY | 36,014.50 | 100.00% | 790.44 | |
| 0031 | HSBC BANK USA NA | MORTGAGE ARRE | 20,603.49 | 100.00% | 20,603.49 | |
| 0033 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,277.92 | * | 0.00 | |
| 0035 | DEUTSCHE BANK NATIONAL TRUST COM | UNSECURED | 53,111.82 | * | 0.00 | |
| 0036 | QUEST DIAGNOSTICS | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | WELLS FARGO BANK NA | SECURED | 929.00 | 100.00% | 929.00 | |
| 0041 | QUANTUM3 GROUP LLC | UNSECURED | 1,908.94 | * | 0.00 | |
| 0042 | QUANTUM3 GROUP LLC | UNSECURED | 1,810.00 | * | 0.00 | |
| 0044 | QUANTUM3 GROUP LLC | UNSECURED | 2,268.05 | * | 0.00 | |
| 0051 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,418.81 | * | 0.00 | |
| 0057 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,034.63 | * | 0.00 | |
| 0058 | MIDLAND FUNDING LLC | UNSECURED | 2,290.39 | * | 0.00 | |
| 0059 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,927.22 | * | 0.00 | |
| 0060 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 934.40 | * | 0.00 | |
| 0061 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,549.50 | * | 0.00 | |

Chapter 13 Case # 17-32036

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0062 | CITICARDS CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | COMENITYCAP/VINTAGEKNG | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | UNITED STATES TREASURY/IRS | UNSECURED | 943.28 | * | 0.00 | |
| 0065 | QUANTUM3 GROUP LLC | UNSECURED | 2,497.11 | * | 0.00 | |
| 0066 | LINCOLN AUTOMOTIVE FINANCIAL | UNSECURED | 35.00 | * | 0.00 | |
| 0067 | STATE OF NJ | PRIORITY | 372.68 | 100.00% | 8.18 | |
| 0068 | HSBC BANK USA NA | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | |

**Total Paid: $26,837.78**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $27,873.00    -    Paid to Claims: $22,862.11    -    Admin Costs Paid: $3,975.67    =    Funds on Hand: $1,035.22

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.