Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−32036−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bruce E Buchanan Jr                                          Kimberly A Buchanan
   3 Belleview Terrace                                           3 Belleview Terrace
   West Orange, NJ 07052                             West Orange, NJ 07052

Social Security No.:
   xxx−xx−6713                                                      xxx−xx−0145

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/2/21 at 10:00 AM

to consider and act upon the following:

*58* − Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: re: 3 Belleview Terrace, West Orange, NJ, 07052. Fee Amount $ 181. filed by Creditor HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6, 32 Order on Motion For Relief From Stay, 49 Creditor's Certification of Default filed by Creditor HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6, 54 Order (Generic)) filed by Denise E. Carlon on behalf of HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6. Objection deadline is 08/19/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*59* − Certification in Opposition to Mortgagee's Certification of Default (related document:58 Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: re: 3 Belleview Terrace, West Orange, NJ, 07052. Fee Amount $ 181. filed by Creditor HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6, 32 Order on Motion For Relief From Stay, 49 Creditor's Certification of Default filed by Creditor HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6, 54 Order (Generic)) filed by Denise E. Carlon on behalf of HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6. Objection deadline is 08/19/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006−6) filed by Scott E. Tanne on behalf of Bruce E Buchanan Jr, Kimberly A Buchanan. (Attachments: # 1 Facsimile Certification # 2 Certificate of Service # 3 Exhibit) (Tanne, Scott)

Dated: 8/11/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 17-32036-VFP

Bruce E Buchanan, Jr                                                                  Chapter 13

Kimberly A Buchanan

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 11, 2021 | Form ID: ntchrgbk | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bruce E Buchanan, Jr, Kimberly A Buchanan, 3 Belleview Terrace, West Orange, NJ 07052-5004 |
| cr | | CAB East LLC, serviced by Lincoln Automotive Finan, P.O. Box 62180, Colorado Springs, NJ |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 11 2021 20:48:37 | Ally Capital, c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 20:48:44 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021                Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:

**Name**                **Email Address**

Denise E. Carlon

on behalf of Creditor HSBC Bank USA  N.A., as Trustee for Luminent Mortgage Trust 2006-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jenelle C Arnold

on behalf of Creditor HSBC BANK (USA) bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com

John R. Morton, Jr.

on behalf of Creditor CAB East LLC  serviced by Lincoln Automotive Financial Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin M. Buttery

on behalf of Creditor HSBC Bank USA  N.A., as Trustee for Luminent Mortgage Trust 2006-6 kbuttery@moodklaw.com

Laura M. Egerman

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg

magecf@magtrustee.com

Rebecca Ann Solarz

on behalf of Creditor HSBC Bank USA  N.A., as Trustee for Luminent Mortgage Trust 2006-6 rsolarz@kmllawgroup.com

Scott E. Tanne

on behalf of Joint Debtor Kimberly A Buchanan ecf@tannelaw.com tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

Scott E. Tanne

on behalf of Debtor Bruce E Buchanan  Jr ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

Sindi Mncina

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@raslg.com

Sindi Mncina

on behalf of Creditor HSBC Bank USA  N.A., as Trustee for Luminent Mortgage Trust 2006-6 smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12