Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                   Case No.: 17−32036−VFP
                                   Chapter: 13
                                   Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bruce E Buchanan Jr                               Kimberly A Buchanan
   3 Belleview Terrace                                 3 Belleview Terrace
   West Orange, NJ 07052                       West Orange, NJ 07052

Social Security No.:
   xxx−xx−6713                                            xxx−xx−0145

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        10/7/21
Time:       02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
$1,200.00

EXPENSES
$3.91.

If this is a chapter 13 case, the fees and expenses awarded:

       ☑     will not reduce the amount to be paid to general unsecured
               creditors under the plan.

       ☐     will reduce the amount to be paid to general unsecured
               creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 14, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-32036-VFP

Bruce E Buchanan, Jr  Chapter 13

Kimberly A Buchanan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 5
Date Rcvd: Sep 14, 2021  Form ID: 137  Total Noticed: 78

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bruce E Buchanan, Jr, Kimberly A Buchanan, 3 Belleview Terrace, West Orange, NJ 07052-5004 |
| cr | | CAB East LLC, serviced by Lincoln Automotive Finan, P.O. Box 62180, Colorado Springs, NJ |
| 519258283 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517151636 | | American Express, PO BOX 1270, Newark, NJ 07101-1270 |
| 517329725 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517151638 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517151639 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517279370 | + | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 517382492 | + | Deutsche Bank National Trust Company, as Indenture, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 517151657 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 517151658 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 517151659 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 517151660 | + | First National Bank, Po Box 3412, Omaha, NE 68103-0412 |
| 517247545 | + | HSBC Bank USA, N.A., Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 517157960 | | Lincoln Automotive Financial Services, Dept. 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 517151662 | + | Lincoln Automotive Fin, Pob 54200, Omaha, NE 68154-8000 |
| 517151664 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067 |
| 517151663 | + | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517323793 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517151668 | + | Ocwen Loan Servicing, Llc, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 517151667 | + | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 517167810 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 517151670 | + | Raymour & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 517151671 | | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 517151672 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517151681 | + | Thymes Four LLC, 55 Eagle Rock Avenue, East Hanover, NJ 07936-3143 |
| 517151682 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 517268776 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2021 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2021 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 14 2021 21:18:50 | Ally Capital, c/o AIS Portfolio Services, LP, 4515 |

Case 17-32036-VFP    Doc 64    Filed 09/16/21    Entered 09/17/21 00:24:03    Desc Imaged
                                Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: 137 | Total Noticed: 78 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | | N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| | | Sep 14 2021 21:18:46 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517151637 | Email/Text: legal@arsnational.com | Sep 14 2021 21:09:00 | ARS National Services Inc, PO Box 469100, Escondido, CA 92046-9100 |
| 517200964 | Email/Text: ally@ebn.phinsolutions.com | Sep 14 2021 21:09:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517151634 | + Email/Text: ally@ebn.phinsolutions.com | Sep 14 2021 21:09:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517151635 | + Email/Text: ally@ebn.phinsolutions.com | Sep 14 2021 21:09:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517151643 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:19:14 | CITI, PO BOX 6241, Sioux Falls, SD 57117-6241 |
| 517151640 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 14 2021 21:19:03 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517151641 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 14 2021 21:18:35 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 517151645 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:18:39 | Citibank/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 517151644 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:18:38 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 517151646 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:19:08 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517151647 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:19:13 | Citibank/Goodyear, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517151649 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:19:10 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517151648 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:19:11 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517151651 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:18:53 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517151650 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:19:09 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517151653 | Email/PDF: DellBKNotifications@resurgent.com | Sep 14 2021 21:18:38 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 517151656 | Email/Text: mrdiscen@discover.com | Sep 14 2021 21:09:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517151683 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:19:07 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517151684 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:18:44 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517151654 | + Email/PDF: DellBKNotifications@resurgent.com | Sep 14 2021 21:18:52 | Dell Financial Services, Po Box 81607, Austin, TX 78708-1607 |
| 517268740 | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2021 21:10:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517171069 | Email/Text: mrdiscen@discover.com | Sep 14 2021 21:09:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 517151655 | + Email/Text: mrdiscen@discover.com | | |

Case 17-32036-VFP   Doc 64   Filed 09/16/21   Entered 09/17/21 00:24:03   Desc Imaged
                              Certificate of Notice   Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: 137 | Total Noticed: 78 |

| | | | |
|---|---|---|---|
| | | Sep 14 2021 21:09:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517151661 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Sep 14 2021 21:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517151642 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Sep 14 2021 21:19:02 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517376825 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Sep 14 2021 21:18:39 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517339813 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Sep 14 2021 21:10:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 517151665 | + Email/Text: bnc@nordstrom.com | | |
| | | Sep 14 2021 21:09:59 | Nordstrom Fsb, Correspondence, Po Box 6555, Englewood, CO 80155-6555 |
| 517151666 | + Email/Text: bnc@nordstrom.com | | |
| | | Sep 14 2021 21:09:33 | Nordstrom Fsb, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 517293116 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Sep 14 2021 21:18:50 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517332922 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Sep 14 2021 21:18:37 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517302390 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Sep 14 2021 21:19:05 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517332970 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Sep 14 2021 21:18:50 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 517302413 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Sep 14 2021 21:19:05 | Portfolio Recovery Associates, LLC, c/o Household Bank, POB 41067, Norfolk VA 23541 |
| 517332898 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Sep 14 2021 21:18:50 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517369067 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Sep 14 2021 21:10:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517151669 | + Email/Text: BankruptcyMail@questdiagnostics.com | | |
| | | Sep 14 2021 21:10:00 | Quest Diagnostics, 3 Giralda Farms, Madison, NJ 07940-1027 |
| 517151674 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 14 2021 21:18:33 | Syncb/hdceap, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517151673 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 14 2021 21:18:46 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517156082 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 14 2021 21:18:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517151675 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 14 2021 21:18:46 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517151676 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 14 2021 21:19:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517151677 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 14 2021 21:18:33 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517151678 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 14 2021 21:18:46 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517151679 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 14 2021 21:19:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517151680 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 14 2021 21:18:33 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |

District/off: 0312-2 | User: admin | Page 4 of 5
Date Rcvd: Sep 14, 2021 | Form ID: 137 | Total Noticed: 78

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517151652 | | Comenitycap/vintagekng |
| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517376839 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:

**Name** — **Email Address**

Denise E. Carlon
on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jenelle C Arnold
on behalf of Creditor HSBC BANK (USA) bkecfinbox@aldridgepite.com jarnold@ecf.courtdrive.com

John R. Morton, Jr.
on behalf of Creditor CAB East LLC  serviced by Lincoln Automotive Financial Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin M. Buttery
on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 kbuttery@moodklaw.com

Laura M. Egerman
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com
bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg
magecf@magtrustee.com

Rebecca Ann Solarz
on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 rsolarz@kmllawgroup.com

Scott E. Tanne
on behalf of Debtor Bruce E Buchanan  Jr ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

Scott E. Tanne
on behalf of Joint Debtor Kimberly A Buchanan ecf@tannelaw.com
tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

Sindi Mncina
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@raslg.com

Sindi Mncina
on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 smncina@raslg.com

District/off: 0312-2 User: admin Page 5 of 5
Date Rcvd: Sep 14, 2021 Form ID: 137 Total Noticed: 78

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12