UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

In Re:

Bruce E. Buchanan, Jr., and
Kimberly A. Buchanan

Order Filed on October 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-32036-VFP

Chapter: 13

Judge: Papalia

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 8, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Tanne, Esq., P.C._____, the applicant, is allowed a fee of $ _____1,200.00_____ for services rendered and expenses in the amount of $_____3.91_____ for a total of $_____1,203.91_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtors monthly plan is modified to require a total payment of $49,713.00 into the Chapter 13 Plan over the first 46 months, and a payment of $1,475.00 monthly to the Chapter 13 Trustee starting September 2021 for the remaining 14 months of the Plan.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Bruce E Buchanan, Jr  
Kimberly A Buchanan  
    Debtors

Case No. 17-32036-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 08, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bruce E Buchanan, Jr, Kimberly A Buchanan, 3 Belleview Terrace, West Orange, NJ 07052-5004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jenelle C Arnold | on behalf of Creditor HSBC BANK (USA) bkecfinbox@aldridgepite.com jarnold@ecf.courtdrive.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC serviced by Lincoln Automotive Financial Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin M. Buttery | on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 kbuttery@moodklaw.com |
| Laura M. Egerman | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com |

| | |
|---|---|
| | bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor HSBC Bank USA  N.A., as Trustee for Luminent Mortgage Trust 2006-6 rsolarz@kmllawgroup.com |
| Scott E. Tanne | |
| | on behalf of Debtor Bruce E Buchanan  Jr ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| Scott E. Tanne | |
| | on behalf of Joint Debtor Kimberly A Buchanan ecf@tannelaw.com tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| Shauna M Deluca | |
| | on behalf of Creditor HSBC Bank USA  N.A., as Trustee for Luminent Mortgage Trust 2006-6 sdeluca@raslg.com |
| Sindi Mncina | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@raslg.com |
| Sindi Mncina | |
| | on behalf of Creditor HSBC Bank USA  N.A., as Trustee for Luminent Mortgage Trust 2006-6 smncina@raslg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13