**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

BRUCE E BUCHANAN, JR
KIMBERLY A BUCHANAN,

Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  17-32036 VFP

**NOTICE OF RESERVE ON CLAIM**

Creditor:  DEUTSCHE BANK NATIONAL TRUST COMPANY
Trustee Claim #:  35
Court Claim #:  28
Claimed Amount:  $53,111.82
Date Claim Filed:  03/12/2018

Please be advised that a reserve has been placed on the above named claim for the following reason:

- The creditor cannot locate an account for the debtor under the account number provided.  The correct account number must be provided in writing.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  October 19, 2022

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

BRUCE E BUCHANAN, JR
KIMBERLY A BUCHANAN
3 BELLEVIEW TERRACE
WEST ORANGE, NJ    07052

SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ    07901

DEUTSCHE BANK NATIONAL TRUST COMPANY
OCWEN LOAN SERVICING LLC
ATTN: CASHIERING DEPARTMENT
1661 WORTHINGTON RD STE 100
WEST PALM BEACH, FL    33409

DEUTSCHE BANK NATIONAL TRUST COMPANY
OCWEN LOAN SERVICING LLC
ATTN: BANKRUPTCY DEPARTMENT PO BOX 24605
WEST PALM BEACH, NJ    33416-4605