Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 8, 2023

#### Chapter 13 Case # 17-32036

Re:  BRUCE E BUCHANAN, JR  
     KIMBERLY A BUCHANAN  
     3 BELLEVIEW TERRACE  
     WEST ORANGE, NJ  07052

Atty:  SCOTT E TANNE ESQ  
      70 BLOOMFIELD AVE  
      PINE BROOK, NJ  07058

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $70,363.00**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/01/2017 | $919.00 | 4479803000 - | 01/01/2018 | $919.00 | 4559125000 - |
| 02/01/2018 | $919.00 | 4635174000 - | 02/28/2018 | $1,092.00 | 4706662000 - |
| 04/02/2018 | $1,092.00 | 4795251000 | 04/30/2018 | $1,092.00 | 4873570000 |
| 06/01/2018 | $1,092.00 | 4954502000 | 07/02/2018 | $1,092.00 | 5030267000 |
| 08/01/2018 | $1,092.00 | 5113515000 | 09/04/2018 | $1,092.00 | 5195533000 |
| 10/01/2018 | $1,092.00 | 5274372000 | 11/01/2018 | $1,092.00 | 5354529000 |
| 12/03/2018 | $1,092.00 | 5433512000 | 12/31/2018 | $1,092.00 | 5500628000 |
| 01/31/2019 | $1,092.00 | 5580207000 | 02/26/2019 | $1,092.00 | 5648839000 |
| 03/28/2019 | $1,092.00 | 5733311000 | 04/29/2019 | $1,092.00 | 5815556000 |
| 05/30/2019 | $1,092.00 | 5895244000 | 06/28/2019 | $1,092.00 | 5970109000 |
| 08/01/2019 | $1,092.00 | 6055992000 | 09/03/2019 | $1,092.00 | 6143430000 |
| 09/30/2019 | $1,092.00 | 6212964000 | 10/28/2019 | $1,092.00 | 6284152000 |
| 11/26/2019 | $1,092.00 | 6354303000 | 12/23/2019 | $1,092.00 | 6423357000 |
| 01/27/2020 | $1,092.00 | 6510426000 | 03/02/2020 | $1,092.00 | 6596826000 |
| 03/30/2020 | $1,092.00 | 6667746000 | 04/27/2020 | $1,092.00 | 6740372000 |
| 05/27/2020 | $1,092.00 | 6816842000 | 06/24/2020 | $1,092.00 | 6886761000 |
| 07/27/2020 | $1,092.00 | 6966049000 | 08/31/2020 | $1,092.00 | 7046126000 |
| 09/25/2020 | $1,092.00 | 7109391000 | 10/27/2020 | $1,092.00 | 7185823000 |
| 11/23/2020 | $1,092.00 | 7251949000 | 12/24/2020 | $1,092.00 | 7327013000 |
| 12/30/2020 | $1,092.00 | 7339548000 | 12/30/2020 | ($1,092.00) | 7327013000 |
| 01/26/2021 | $1,092.00 | | 02/23/2021 | $1,092.00 | |
| 03/29/2021 | $1,092.00 | | 04/26/2021 | $1,092.00 | |
| 05/24/2021 | $1,092.00 | | 06/23/2021 | $1,092.00 | |
| 08/03/2021 | $1,092.00 | | 08/24/2021 | $1,092.00 | |
| 09/23/2021 | $1,450.00 | | 11/02/2021 | $1,475.00 | |
| 12/08/2021 | $1,475.00 | | 12/27/2021 | $1,475.00 | |
| 01/27/2022 | $1,475.00 | | 03/02/2022 | $1,475.00 | |
| 03/24/2022 | $1,475.00 | | 05/02/2022 | $1,475.00 | |
| 05/25/2022 | $1,475.00 | | 06/30/2022 | $1,475.00 | |

**Chapter 13 Case # 17-32036**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/25/2022 | $1,475.00 | | 08/24/2022 | $1,475.00 | |
| 09/26/2022 | $1,475.00 | | 10/27/2022 | $1,475.00 | |
| 12/21/2022 | $25.00 | | | | |

**Total Receipts: $70,363.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $70,363.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,789.73 | |
| ATTY | ATTORNEY | ADMIN | 3,819.05 | 100.00% | 3,819.05 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0004 | AMERICAN EXPRESS BANK | UNSECURED | 9,291.04 | * | 295.96 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,423.20 | * | 77.18 | |
| 0007 | LVNV FUNDING LLC | UNSECURED | 6,151.41 | * | 195.95 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,888.96 | * | 155.73 | |
| 0010 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,104.34 | * | 67.03 | |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,859.40 | * | 59.22 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,218.26 | * | 102.51 | |
| 0020 | DELL FINANCIAL SERVICES LLC | UNSECURED | 2,150.15 | * | 68.49 | |
| 0023 | DISCOVER BANK | UNSECURED | 6,235.41 | * | 198.62 | |
| 0026 | FIRST NATL BANK OF OMAHA | UNSECURED | 9,841.75 | * | 313.50 | |
| 0028 | UNITED STATES TREASURY/IRS | PRIORITY | 36,014.50 | 100.00% | 36,014.50 | |
| 0031 | HSBC BANK USA NA | MORTGAGE ARR | 20,603.49 | 100.00% | 20,603.49 | |
| 0033 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,224.48 | * | 70.85 | |
| 0035 | UNITED STATES BANKRUPTCY COURT | UNSECURED | 53,111.82 | * | 473.54 | |
| 0036 | QUEST DIAGNOSTICS | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | WELLS FARGO BANK NA | SECURED | 929.00 | 100.00% | 929.00 | |
| 0041 | QUANTUM3 GROUP LLC | UNSECURED | 1,908.94 | * | 60.81 | |
| 0042 | QUANTUM3 GROUP LLC | UNSECURED | 1,810.00 | * | 57.65 | |
| 0044 | QUANTUM3 GROUP LLC | UNSECURED | 2,268.05 | * | 72.25 | |
| 0051 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,418.81 | * | 77.04 | |
| 0057 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,034.63 | * | 64.81 | |
| 0058 | MIDLAND FUNDING LLC | UNSECURED | 2,290.39 | * | 72.95 | |
| 0059 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,927.22 | * | 61.39 | |
| 0060 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 934.40 | * | 29.76 | |
| 0061 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,549.50 | * | 49.35 | |
| 0062 | CITICARDS CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | COMENITYCAP/VINTAGEKNG | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | UNITED STATES TREASURY/IRS | UNSECURED | 943.28 | * | 30.04 | |
| 0065 | QUANTUM3 GROUP LLC | UNSECURED | 2,497.11 | * | 79.54 | |
| 0066 | LINCOLN AUTOMOTIVE FINANCIAL | UNSECURED | 35.00 | * | 1.12 | |
| 0067 | STATE OF NJ | PRIORITY | 372.68 | 100.00% | 372.68 | |
| 0068 | HSBC BANK USA NA | (NEW) MTG Agree | 881.00 | 100.00% | 881.00 | |

**Total Paid: $69,144.74**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 09/19/2022 | $83.29 | 8003041 | | 10/17/2022 | $106.56 | 8003096 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 11/14/2022 | $104.33 | 8003150 | | 01/09/2023 | $1.78 | 8003252 |
| **DELL FINANCIAL SERVICES LLC** | | | | | | | |
| | 09/19/2022 | $19.28 | 897659 | | 10/17/2022 | $24.65 | 899316 |
| | 11/14/2022 | $24.15 | 900897 | | 01/09/2023 | $0.41 | 903931 |
| **DEPARTMENT STORES NATIONAL BANK** | | | | | | | |
| | 09/19/2022 | $21.68 | 897662 | | 10/17/2022 | $27.75 | 899320 |
| | 11/14/2022 | $27.15 | 900900 | | 01/09/2023 | $0.46 | 903934 |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY** | | | | | | | |
| | 09/19/2022 | $476.14 | 897034 | | 10/17/2022 | $609.13 | 898734 |
| | 10/19/2022 | ($476.14) | 0 | | 02/01/2023 | ($609.13) | 0 |
| | 02/02/2023 | ($609.13) | 898734 | | | | |
| **DISCOVER BANK** | | | | | | | |
| | 09/19/2022 | $55.90 | 897670 | | 10/17/2022 | $71.51 | 899327 |
| | 11/14/2022 | $70.02 | 900907 | | 01/09/2023 | $1.19 | 903939 |
| **FIRST NATL BANK OF OMAHA** | | | | | | | |
| | 09/19/2022 | $88.23 | 897736 | | 10/17/2022 | $112.87 | 899389 |
| | 11/14/2022 | $110.53 | 900965 | | 01/09/2023 | $1.87 | 904001 |
| **HSBC BANK USA NA** | | | | | | | |
| | 04/16/2018 | $939.94 | 799794 | | 04/16/2018 | $24.22 | 799794 |
| | 05/14/2018 | $24.86 | 801677 | | 05/14/2018 | $964.45 | 801677 |
| | 06/18/2018 | $964.45 | 803567 | | 06/18/2018 | $24.86 | 803567 |
| | 07/16/2018 | $24.86 | 805569 | | 07/16/2018 | $964.45 | 805569 |
| | 08/20/2018 | $964.45 | 807429 | | 08/20/2018 | $24.86 | 807429 |
| | 09/17/2018 | $25.49 | 809413 | | 09/17/2018 | $988.92 | 809413 |
| | 10/22/2018 | $988.92 | 811300 | | 10/22/2018 | $25.49 | 811300 |
| | 11/19/2018 | $24.78 | 813260 | | 11/19/2018 | $961.40 | 813260 |
| | 12/17/2018 | $961.40 | 815134 | | 12/17/2018 | $24.78 | 815134 |
| | 01/14/2019 | $24.78 | 817065 | | 01/14/2019 | $961.40 | 817065 |
| | 02/11/2019 | $961.40 | 818956 | | 02/11/2019 | $24.78 | 818956 |
| | 03/18/2019 | $24.77 | 820887 | | 03/18/2019 | $961.40 | 820887 |
| | 04/15/2019 | $961.41 | 822922 | | 04/15/2019 | $24.78 | 822922 |
| | 05/20/2019 | $24.79 | 824882 | | 05/20/2019 | $961.96 | 824882 |
| | 06/17/2019 | $961.96 | 826947 | | 06/17/2019 | $24.79 | 826947 |
| | 07/15/2019 | $25.24 | 828812 | | 07/15/2019 | $979.30 | 828812 |
| | 08/19/2019 | $979.30 | 830697 | | 08/19/2019 | $25.24 | 830697 |
| | 09/16/2019 | $25.23 | 832772 | | 09/16/2019 | $979.30 | 832772 |
| | 10/21/2019 | $1,004.80 | 834736 | | 10/21/2019 | $25.89 | 834736 |
| | 11/18/2019 | $25.89 | 836845 | | 11/18/2019 | $1,004.80 | 836845 |
| | 12/16/2019 | $967.06 | 838783 | | 12/16/2019 | $24.92 | 838783 |
| | 01/13/2020 | $5.70 | 840665 | | 01/13/2020 | $221.02 | 840665 |
| | 03/16/2020 | $350.00 | 844415 | | | | |
| **JEFFERSON CAPITAL SYSTEMS LLC** | | | | | | | |
| | 09/19/2022 | $19.94 | 8003047 | | 10/17/2022 | $25.51 | 8003102 |
| | 11/14/2022 | $24.99 | 8003147 | | 01/09/2023 | $0.41 | 8003256 |
| **LINCOLN AUTOMOTIVE FINANCIAL** | | | | | | | |
| | 01/09/2023 | $1.12 | 904121 | | | | |
| **LVNV FUNDING LLC** | | | | | | | |
| | 09/19/2022 | $55.15 | 897863 | | 10/17/2022 | $70.52 | 899514 |
| | 11/14/2022 | $69.10 | 901082 | | 01/09/2023 | $1.18 | 904128 |
| **MIDLAND FUNDING LLC** | | | | | | | |
| | 09/19/2022 | $20.53 | 896987 | | 10/17/2022 | $26.27 | 898690 |
| | 11/14/2022 | $25.73 | 900267 | | 01/09/2023 | $0.42 | 903348 |

**Chapter 13 Case # 17-32036**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/19/2022 | $17.28 | 8003048 | | 09/19/2022 | $13.89 | 8003048 |
| | 09/19/2022 | $18.24 | 8003048 | | 09/19/2022 | $18.87 | 8003048 |
| | 09/19/2022 | $16.67 | 8003048 | | 09/19/2022 | $28.85 | 8003048 |
| | 09/19/2022 | $43.83 | 8003048 | | 09/19/2022 | $21.72 | 8003048 |
| | 09/19/2022 | $8.38 | 8003048 | | 10/17/2022 | $10.71 | 8003103 |
| | 10/17/2022 | $27.80 | 8003103 | | 10/17/2022 | $56.05 | 8003103 |
| | 10/17/2022 | $36.91 | 8003103 | | 10/17/2022 | $21.32 | 8003103 |
| | 10/17/2022 | $24.12 | 8003103 | | 10/17/2022 | $23.33 | 8003103 |
| | 10/17/2022 | $17.77 | 8003103 | | 10/17/2022 | $22.09 | 8003103 |
| | 11/14/2022 | $21.65 | 8003148 | | 11/14/2022 | $17.40 | 8003148 |
| | 11/14/2022 | $22.85 | 8003148 | | 11/14/2022 | $23.64 | 8003148 |
| | 11/14/2022 | $20.89 | 8003148 | | 11/14/2022 | $36.14 | 8003148 |
| | 11/14/2022 | $54.92 | 8003148 | | 11/14/2022 | $27.20 | 8003148 |
| | 11/14/2022 | $10.50 | 8003148 | | 01/09/2023 | $0.17 | 8003257 |
| | 01/09/2023 | $0.46 | 8003257 | | 01/09/2023 | $0.93 | 8003257 |
| | 01/09/2023 | $0.61 | 8003257 | | 01/09/2023 | $0.34 | 8003257 |
| | 01/09/2023 | $0.40 | 8003257 | | 01/09/2023 | $0.39 | 8003257 |
| | 01/09/2023 | $0.29 | 8003257 | | 01/09/2023 | $0.37 | 8003257 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 09/19/2022 | $16.23 | 8003042 | | 09/19/2022 | $20.33 | 8003042 |
| | 09/19/2022 | $17.11 | 8003042 | | 09/19/2022 | $22.39 | 8003042 |
| | 10/17/2022 | $28.63 | 8003097 | | 10/17/2022 | $21.89 | 8003097 |
| | 10/17/2022 | $26.01 | 8003097 | | 10/17/2022 | $20.75 | 8003097 |
| | 11/14/2022 | $20.33 | 8003146 | | 11/14/2022 | $25.47 | 8003146 |
| | 11/14/2022 | $21.44 | 8003146 | | 11/14/2022 | $28.05 | 8003146 |
| | 01/09/2023 | $0.47 | 8003253 | | 01/09/2023 | $0.37 | 8003253 |
| | 01/09/2023 | $0.44 | 8003253 | | 01/09/2023 | $0.34 | 8003253 |
| STATE OF NJ | | | | | | | |
| | 01/13/2020 | $8.18 | 841953 | | 02/10/2020 | $10.60 | 843825 |
| | 03/16/2020 | $7.02 | 845761 | | 04/20/2020 | $10.60 | 847720 |
| | 05/18/2020 | $10.60 | 849512 | | 06/15/2020 | $10.07 | 851188 |
| | 07/20/2020 | $10.07 | 853048 | | 08/17/2020 | $10.35 | 854869 |
| | 09/21/2020 | $10.35 | 856735 | | 10/19/2020 | $10.35 | 858568 |
| | 11/16/2020 | $10.34 | 860343 | | 12/21/2020 | $10.35 | 862210 |
| | 01/11/2021 | $10.34 | 863852 | | 02/22/2021 | $20.69 | 865726 |
| | 03/15/2021 | $10.35 | 867406 | | 04/19/2021 | $10.34 | 869229 |
| | 05/17/2021 | $10.35 | 871060 | | 06/21/2021 | $10.51 | 872896 |
| | 07/19/2021 | $10.51 | 874637 | | 08/16/2021 | $10.51 | 876337 |
| | 10/18/2021 | $12.14 | 879835 | | 11/17/2021 | $14.35 | 881526 |
| | 12/13/2021 | $14.35 | 883160 | | 01/10/2022 | $14.35 | 884807 |
| | 02/14/2022 | $14.35 | 886518 | | 03/14/2022 | $14.58 | 888210 |
| | 04/18/2022 | $14.58 | 889951 | | 05/16/2022 | $14.58 | 891620 |
| | 06/20/2022 | $14.58 | 893344 | | 07/18/2022 | $14.58 | 894978 |
| | 08/15/2022 | $14.58 | 896547 | | 09/19/2022 | $3.18 | 898189 |
| UNITED STATES BANKRUPTCY COURT | | | | | | | |
| | 01/09/2023 | $1,082.67 | 904671 | | | | |

**Chapter 13 Case # 17-32036**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 01/13/2020 | $790.44 | 8001404 | | 02/10/2020 | $1,024.62 | 8001441 |
| | 03/16/2020 | $678.20 | 8001481 | | 04/20/2020 | $1,024.62 | 8001529 |
| | 05/18/2020 | $1,024.62 | 8001590 | | 06/15/2020 | $972.73 | 8001647 |
| | 07/20/2020 | $972.73 | 8001710 | | 08/17/2020 | $999.75 | 8001769 |
| | 09/21/2020 | $999.75 | 8001832 | | 10/19/2020 | $999.75 | 8001890 |
| | 11/16/2020 | $999.76 | 8001946 | | 12/21/2020 | $999.75 | 8002005 |
| | 01/11/2021 | $999.76 | 8002061 | | 02/22/2021 | $1,999.51 | 8002118 |
| | 03/15/2021 | $999.75 | 8002170 | | 04/19/2021 | $999.76 | 8002224 |
| | 05/17/2021 | $999.75 | 8002272 | | 06/21/2021 | $1,015.97 | 8002325 |
| | 07/19/2021 | $1,015.97 | 8002377 | | 08/16/2021 | $1,015.97 | 8002427 |
| | 10/18/2021 | $1,173.43 | 8002522 | | 11/17/2021 | $1,386.90 | 8002576 |
| | 12/13/2021 | $1,386.90 | 8002628 | | 01/10/2022 | $1,386.90 | 8002677 |
| | 02/14/2022 | $1,386.90 | 8002731 | | 03/14/2022 | $1,408.80 | 8002783 |
| | 04/18/2022 | $1,408.80 | 8002837 | | 05/16/2022 | $1,408.80 | 8002890 |
| | 06/20/2022 | $1,408.80 | 8002942 | | 07/18/2022 | $1,408.80 | 8002992 |
| | 08/15/2022 | $1,408.80 | 8003040 | | 09/19/2022 | $307.51 | 8003095 |
| | 09/19/2022 | $8.46 | 8003095 | | 10/17/2022 | $10.81 | 8003145 |
| | 11/14/2022 | $10.60 | 8003196 | | 01/09/2023 | $0.17 | 8003303 |
| WELLS FARGO BANK NA | | | | | | | |
| | 04/16/2018 | $42.61 | 801290 | | 05/14/2018 | $43.72 | 803178 |
| | 06/18/2018 | $43.72 | 805162 | | 07/16/2018 | $43.72 | 807065 |
| | 08/20/2018 | $43.72 | 809051 | | 09/17/2018 | $44.83 | 810927 |
| | 10/22/2018 | $44.83 | 812897 | | 11/19/2018 | $43.58 | 814790 |
| | 12/17/2018 | $43.58 | 816697 | | 01/14/2019 | $43.58 | 818611 |
| | 02/11/2019 | $43.58 | 820529 | | 03/18/2019 | $43.58 | 822566 |
| | 04/15/2019 | $43.58 | 824542 | | 05/20/2019 | $43.01 | 826604 |
| | 06/17/2019 | $43.01 | 828485 | | 07/15/2019 | $43.79 | 830360 |
| | 08/19/2019 | $43.79 | 832437 | | 09/16/2019 | $43.79 | 834378 |
| | 10/21/2019 | $44.93 | 836482 | | 11/18/2019 | $44.93 | 838477 |
| | 12/16/2019 | $43.24 | 840344 | | 01/13/2020 | $9.88 | 842243 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: February 08, 2023.

Receipts: $70,363.00    -    Paid to Claims: $61,535.96    -    Admin Costs Paid: $7,608.78    =    Funds on Hand: $1,218.26

Base Plan Amount: $70,363.00    -    Receipts: $70,363.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.