| |
|---|
| **UNITED STATES BANKRUPTY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |

| | |
|---|---|
| **IN RE:** <br><br> **BRUCE E BUCHANAN, JR** <br> **KIMBERLY A BUCHANAN,** <br><br> **Debtors** | Case No.:  17-32036 VFP |

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $1,207.99, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

| | |
|---|---|
| Payee Name & Address: | DEUTSCHE BANK NATIONAL TRUST COMPANY <br> OCWEN LOAN SERVICING LLC <br> ATTN: CASHIERING DEPARTMENT <br> 1661 WORTHINGTON RD STE 100 <br> WEST PALM BEACH, FL  33409 |
| Amount: | $1,207.99 |
| Trustee Claim Number: | 35 |
| Court Claim Number: | 28 |
| Reason: | Not Cashing |

Dated:  February 14, 2023

By:  /S/  Marie-Ann Greenberg
MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE