DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Courtney R Shed, Esq. - 414442023
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-mail: cshed@grosspolowy.com
Attorneys for Creditor Nationstar Mortgage LLC
as servicing agent for HSBC Bank USA, N.A.,
as Trustee for Luminent Mortgage Trust 2006-6

| In Re: | Case No.: 17-32036-vfp |
|---|---|
| BRUCE E BUCHANAN, JR KIMBERLY A BUCHANAN | Judge: Vincent F. Papalia |
| Debtor(s). | Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC as servicing agent for HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006-6. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
　　　2500 Plaza 5, Suite 2548
　　　Jersey City, NJ 07311

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

DATED: March 1, 2023

GROSS POLOWY, LLC
Formed in the State of Delaware

*/s/ Courtney R Shed*
By: Courtney R Shed, Esq.

*new.8/1/15*