DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-1(b)

Courtney R Shed, Esq. - 414442023
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-mail: cshed@grosspolowy.com
Attorneys for Creditor HSBC Bank USA, N.A.,
as Trustee for Luminent Mortgage Trust 2006-6

In Re:

    BRUCE E BUCHANAN
    KIMBERLY A BUCHANAN

              Debtor(s).

Case No.: 17-32036-vfp

Judge: Vincent F. Papalia

Chapter: 13

## CERTIFICATION OF SERVICE

1.    I, Cheryl C. Montante:

    ☐ represent the HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006-6 in the above-captioned matter.

    ☒ am the secretary/ paralegal for Gross Polowy, LLC, who represents HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006-6, in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself

2.    On March 1, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Response to Notice of Final Cure

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 1, 2023

*/s/ Cheryl C. Montante*
Cheryl C. Montante

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bruce E Buchanan<br>3 Belleview Terrace<br>West Orange, NJ 07052 | Debtor | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| Kimberly A Buchanan<br>3 Belleview Terrace<br>West Orange, NJ 07052 | Debtor | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| Scott E. Tanne, Esq.<br>70 Bloomfield Avenue, Suite 203<br>Pine Brook, NJ 07058 | Debtor Attorney | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| Marie-Ann Greenberg<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Chapter Trustee | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |