| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Bruce E Buchanan Jr<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6713<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kimberly A Buchanan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0145<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–32036–VFP | | |

## Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bruce E Buchanan Jr                                       Kimberly A Buchanan

3/3/23                                                                  **By the court:** <u>Vincent F. Papalia</u>
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Bruce E Buchanan, Jr  
Kimberly A Buchanan  
    Debtors

Case No. 17-32036-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5  
Date Rcvd: Mar 03, 2023      Form ID: 3180W      Total Noticed: 79

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bruce E Buchanan, Jr, Kimberly A Buchanan, 3 Belleview Terrace, West Orange, NJ 07052-5004 |
| cr | | CAB East LLC, serviced by Lincoln Automotive Finan, P.O. Box 62180, Colorado Springs, NJ |
| 517247545 | + | HSBC Bank USA, N.A., Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 517151668 | + | Ocwen Loan Servicing, Llc, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 517151670 | + | Raymour & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 517151672 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517151681 | + | Thymes Four LLC, 55 Eagle Rock Avenue, East Hanover, NJ 07936-3143 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Mar 04 2023 01:44:00 | Ally Capital, c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RMSC.COM | Mar 04 2023 01:44:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517151637 | | Email/Text: legal@arsnational.com | Mar 03 2023 20:49:00 | ARS National Services Inc, PO Box 469100, Escondido, CA 92046-9100 |
| 517200964 | | EDI: GMACFS.COM | Mar 04 2023 01:44:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519258283 | + | EDI: AISACG.COM | Mar 04 2023 01:44:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517151634 | + | EDI: GMACFS.COM | Mar 04 2023 01:44:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517151635 | + | EDI: GMACFS.COM | Mar 04 2023 01:44:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517151636 | | Email/PDF: bncnotices@becket-lee.com | Mar 03 2023 21:04:14 | American Express, PO BOX 1270, Newark, NJ 07101-1270 |
| 517329725 | | Email/PDF: bncnotices@becket-lee.com | Mar 03 2023 21:04:11 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 17-32036-VFP    Doc 83    Filed 03/05/23    Entered 03/06/23 00:15:06    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 3180W | Total Noticed: 79 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 517151639 | + EDI: TSYS2 | Mar 04 2023 01:44:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517151638 | + EDI: TSYS2 | Mar 04 2023 01:44:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517151643 | + EDI: CITICORP.COM | Mar 04 2023 01:44:00 | CITI, PO BOX 6241, Sioux Falls, SD 57117-6241 |
| 517151640 | + EDI: CAPITALONE.COM | Mar 04 2023 01:44:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517151641 | + EDI: CAPITALONE.COM | Mar 04 2023 01:44:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 517151645 | + EDI: CITICORP.COM | Mar 04 2023 01:44:00 | Citibank/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 517151644 | + EDI: CITICORP.COM | Mar 04 2023 01:44:00 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 517151646 | + EDI: CITICORP.COM | Mar 04 2023 01:44:00 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517151647 | + EDI: CITICORP.COM | Mar 04 2023 01:44:00 | Citibank/Goodyear, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517151649 | + EDI: CITICORP.COM | Mar 04 2023 01:44:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517151648 | + EDI: CITICORP.COM | Mar 04 2023 01:44:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517151651 | + EDI: CITICORP.COM | Mar 04 2023 01:44:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517151650 | + EDI: CITICORP.COM | Mar 04 2023 01:44:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517151653 | Email/PDF: DellBKNotifications@resurgent.com | Mar 03 2023 20:53:45 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 517151656 | EDI: DISCOVER.COM | Mar 04 2023 01:44:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517151683 | + EDI: CITICORP.COM | Mar 04 2023 01:44:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517151684 | + EDI: CITICORP.COM | Mar 04 2023 01:44:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517151654 | + Email/PDF: DellBKNotifications@resurgent.com | Mar 03 2023 20:53:59 | Dell Financial Services, Po Box 81607, Austin, TX 78708-1607 |
| 517268740 | EDI: Q3G.COM | Mar 04 2023 01:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519807586 | + EDI: LCIPHHMRGT | Mar 04 2023 01:44:00 | Deutsche Bank National Trust Company, Ocwen Loan Servicing LLC, Attn: Cashiering Department, 1661 Worthington Rd, Ste 100, West Palm Beach, FL 33409-6493 |
| 517279370 | + Email/Text: RASEBN@raslg.com | Mar 03 2023 20:49:00 | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 517382492 | + EDI: LCIPHHMRGT | Mar 04 2023 01:44:00 | Deutsche Bank National Trust Company, as Indenture, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 517171069 | EDI: DISCOVER.COM | Mar 04 2023 01:44:00 | Discover Bank, Discover Products Inc., PO Box |

Case 17-32036-VFP    Doc 83    Filed 03/05/23    Entered 03/06/23 00:15:06    Desc Imaged
                                Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 3180W | Total Noticed: 79 |

| Recipient ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 3025, New Albany, OH 43054-3025 |
| 517151655 | + EDI: DISCOVER.COM | Mar 04 2023 01:44:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517151657 | ^ MEBN | Mar 03 2023 20:46:17 | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 517151658 | ^ MEBN | Mar 03 2023 20:46:34 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 517151659 | Email/Text: collecadminbankruptcy@fnni.com | Mar 03 2023 20:49:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 517151660 | Email/Text: collecadminbankruptcy@fnni.com | Mar 03 2023 20:49:00 | First National Bank, Po Box 3412, Omaha, NE 68103 |
| 517167810 | Email/Text: collecadminbankruptcy@fnni.com | Mar 03 2023 20:49:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 517151661 | EDI: IRS.COM | Mar 04 2023 01:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517151642 | EDI: JPMORGANCHASE | Mar 04 2023 01:44:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517376825 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2023 20:53:45 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517157960 | Email/Text: EBNBKNOT@ford.com | Mar 03 2023 20:49:00 | Lincoln Automotive Financial Services, Dept. 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 517151662 | + Email/Text: EBNBKNOT@ford.com | Mar 03 2023 20:49:00 | Lincoln Automotive Fin, Pob 54200, Omaha, NE 68154-8000 |
| 517339813 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2023 20:49:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 517151664 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 03 2023 20:49:00 | Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067 |
| 517151663 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 03 2023 20:49:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517151665 | + Email/Text: bnc@nordstrom.com | Mar 03 2023 20:49:37 | Nordstrom Fsb, Correspondence, Po Box 6555, Englewood, CO 80155-6555 |
| 517151666 | + Email/Text: bnc@nordstrom.com | Mar 03 2023 20:49:54 | Nordstrom Fsb, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 517323793 | + EDI: JEFFERSONCAP.COM | Mar 04 2023 01:44:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517151667 | + EDI: LCIPHHMRGT | Mar 04 2023 01:44:00 | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 517293116 | EDI: PRA.COM | Mar 04 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517332922 | EDI: PRA.COM | Mar 04 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517302390 | EDI: PRA.COM | Mar 04 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517332970 | EDI: PRA.COM | Mar 04 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 517302413 | EDI: PRA.COM | Mar 04 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Household Bank, POB 41067, Norfolk VA 23541 |
| 517332898 | EDI: PRA.COM | Mar 04 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o The |

Case 17-32036-VFP    Doc 83    Filed 03/05/23    Entered 03/06/23 00:15:06    Desc Imaged
                                Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 3180W | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| | | | | Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517369067 | | EDI: Q3G.COM | Mar 04 2023 01:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517151669 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Mar 03 2023 20:50:00 | Quest Diagnostics, 3 Giralda Farms, Madison, NJ 07940-1027 |
| 517151671 | | EDI: WFFC.COM | Mar 04 2023 01:44:00 | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 517151674 | + | EDI: RMSC.COM | Mar 04 2023 01:44:00 | Syncb/hdceap, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517151673 | + | EDI: RMSC.COM | Mar 04 2023 01:44:00 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517156082 | + | EDI: RMSC.COM | Mar 04 2023 01:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517151675 | + | EDI: RMSC.COM | Mar 04 2023 01:44:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517151676 | + | EDI: RMSC.COM | Mar 04 2023 01:44:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517151677 | + | EDI: RMSC.COM | Mar 04 2023 01:44:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517151678 | + | EDI: RMSC.COM | Mar 04 2023 01:44:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517151679 | + | EDI: RMSC.COM | Mar 04 2023 01:44:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517151680 | + | EDI: RMSC.COM | Mar 04 2023 01:44:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 517151682 | ^ | MEBN | Mar 03 2023 20:46:29 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 517268776 | | EDI: WFFC2 | Mar 04 2023 01:44:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 72

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517151652 | | Comenitycap/vintagekng |
| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517376839 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 519836765 | *+ | Deutsche Bank National Trust Company, Ocwen Loan Servicing LLC, Attn: Cashiering Department, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Courtney R. Shed | on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jenelle C Arnold | on behalf of Creditor HSBC BANK (USA) bkecfinbox@aldridgepite.com jarnold@ecf.courtdrive.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC serviced by Lincoln Automotive Financial Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin M. Buttery | on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 kbuttery@moodklaw.com |
| Laura M. Egerman | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Bruce E Buchanan Jr ecf@tannelaw.com, tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Scott E. Tanne | on behalf of Joint Debtor Kimberly A Buchanan ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Shauna M Deluca | on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15