| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | Bruce E Buchanan, Jr <br> First Name   Middle Name   Last Name |
| Debtor 2 <br> (Spouse, if filing) | Kimberly A Buchanan <br> First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: District of New Jersey <br> (State) | |
| Case number: | 17-32036-VFP |

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 1,207.99 |
|---|---|
| Claimant's Name: | Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H3 BY ITS ATTORNEY IN FACT PHH MORTGAGE Corporation |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | PHH Mortgage Corporation <br> 1661 WORTHINGTON ROAD SUITE 100 <br> WEST PALM BEACH, FL 33409 <br><br> Phone number: 561-682-8000 <br> Email address: : BKTRUSTEEQUERIES@OCWEN.COM |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐  Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐  Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☒  Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐  Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 3. Supporting Documentation

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 4. Notice to United States Attorney

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of New Jersey
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, New Jersey  07102

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 4/6/2023

Signature of Applicant: *[signed]*

Diego Rojas, Contract Management Coordinator
for PHH Mortgage Corporation
Printed Name of Applicant

Address: c/o PHH Mortgage Corporation
1661 Worthington Road Suite 100
West Palm Beach, FL 33409

Telephone: 561-682-8000

Email: BKtrusteequeries@ocwen.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor

In Re:
  Bruce E Buchanan, Jr
  Kimberly A Buchanan
  Debtors.

Case No.: 17-32036-VFP

Chapter: 13

Judge: Vincent F. Papalia

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

On _____, an application was filed for the Claimant(s) Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H3 for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 1,207.99 held in unclaimed funds be made payable to Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H3 and be disbursed to the payee at the following address:

PHH MORTGAGE SERVICES
PO BOX 24781
ATTN: SV 19
WEST PALM BEACH, FL 33416

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being distributed according to the requirements below. This document must include the bankruptcy case number and should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov
or:
United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
**Attention: Financial Department**
50 Walnut Street
P.O. Box 1352 Newark, NJ 07102

a. **Domestic Claimant** - A Claimant who is a U.S. person must submit either:
   1) Court Form AO-213P (available on the Court's website); or
   2) IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website at: https://www.irs.gov/).

**NOTE:** If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

b. **Foreign Claimant** - A foreign claimant must submit both:
   1) IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and
   2) Court Form AO-215 (available on the Court's website).

*rev. 11/12/21*

2

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707 | CASE NO.: 17-32036-VFP<br><br>CHAPTER 13<br><br>HEARING DATE:<br><br>JUDGE: Vincent F. Papalia |
| **In Re:**<br><br>**Bruce E Buchanan, Jr**<br><br>**Kimberly A Buchanan**<br><br>**Debtors.** | |

### CERTIFICATION OF SERVICE AND PROOF OF MAILING

I, __Jessica Norton__

■ am the secretary/paralegal for __Robertson, Anschutz, Schneid, Crane & Partners, PLLC__ in the above-captioned matter.

On __8/3/2023__ I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 8/3/2023              /s/ Jessica Norton
                             Email: jnorton@raslg.com

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Scott E. Tanne<br>Scott E. Tanne Esq.<br>70 Bloomfield Ave<br>Suite 203<br>Pine Brook, NJ 07058 | Debtor's Attorney | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Bruce E Buchanan, Jr<br>Kimberly A Buchanan<br>3 Belleview Terrace<br>West Orange, NJ 07052 | Debtor(s) | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.