| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br><br>**In Re:**<br>**Bruce E Buchanan, Jr**<br>**Kimberly A Buchanan**<br><br>**Debtors.** | CASE NO.: 17-32036-<br><br>VFP CHAPTER 13<br><br>HEARING DATE:<br>JUDGE: Vincent F. Papalia |

CERTIFICATION OF SERVICE AND PROOF OF MAILING

I, Jessica Norton,

☐ represent the movant in the above-captioned matter.

■ am the secretary/paralegal for Robertson, Anschutz, Schneid, Crane & Partners, PLLC, in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

On 8/29/2023 I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below: APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 8/29/2023               /s/ Jessica Norton
                               Email: jnorton@raslg.com

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Scott E. Tanne<br>Scott E. Tanne Esq.<br>70 Bloomfield Ave<br>Suite 203<br>Pine Brook, NJ 07058 | Debtor(s) Attorney | □ Hand Delivered<br>■ Regular Mail<br>□ Certified Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br>   (as authorized by court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | □ Hand Delivered<br>■ Regular Mail<br>□ Certified Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br>   (as authorized by court*) |
| Bruce E Buchanan,<br>Jr Kimberly A Buchanan<br>3 Belleview Terrace<br>West Orange, NJ 07052 | Debtor(s) | □ Hand Delivered<br>■ Regular Mail<br>□ Certified Mail/RR<br>□ E-Mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other _____<br>   (as authorized by court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | □ Hand Delivered<br>■ Regular Mail<br>□ Certified Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br>   (as authorized by court*) |
| Office of the United States Attorney<br>District of New Jersey<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 0710 | United States Attorney | □ Hand Delivered<br>■ Regular Mail<br>□ Certified Mail/RR<br>□ E-Mail<br>□ Notice of Electronic Filing (NEF) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.