| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on August 29, 2023<br>by Clerk<br>U.S. Bankruptcy Court District<br>of New Jersey |
| In Re:<br><br>Bruce E Buchanan, Jr and Kimberly A Buchanan | Case No.:    17-32036-VFP<br><br>Chapter:    13<br><br>Hearing Date:    _____<br><br>Judge:    Michael B. Kaplan |

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATE: August 29, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

    The court having heard the motion filed by _____Kimberly A. Wilson_____, and any objections filed, it is

    ORDERED that the motion is GRANTED and the amount of _____$1,207.99_____ will be forwarded to _____PHH_____ at the following address:

    PHH Mortgage Services

    PO BOX 24781

    West Palm Beach, FL 33416

    Att: SV 19

*new.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Bruce E Buchanan, Jr  
Kimberly A Buchanan  
    Debtors

Case No. 17-32036-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Aug 29, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Bruce E Buchanan, Jr, Kimberly A Buchanan, 3 Belleview Terrace, West Orange, NJ 07052-5004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for HSBC Bank USA  N.A., as Trustee for Luminent Mortgage Trust 2006-6 cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Courtney R. Shed | on behalf of Creditor HSBC Bank USA  N.A., as Trustee for Luminent Mortgage Trust 2006-6 cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA  N.A., as Trustee for Luminent Mortgage Trust 2006-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jenelle C Arnold | on behalf of Creditor HSBC BANK (USA) bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com |
| John R. Morton, Jr. | |

Case 17-32036-VFP    Doc 98    Filed 08/31/23    Entered 09/01/23 00:13:32    Desc Imaged
                         Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 29, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor CAB East LLC  serviced by Lincoln Automotive Financial Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin M. Buttery | |
| | on behalf of Creditor HSBC Bank USA  N.A., as Trustee for Luminent Mortgage Trust 2006-6 kbuttery@moodklaw.com |
| Kimberly A. Wilson | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY kimwilson@raslg.com |
| Laura M. Egerman | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY laura.egerman@mccalla.com bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Scott E. Tanne | |
| | on behalf of Joint Debtor Kimberly A Buchanan ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Scott E. Tanne | |
| | on behalf of Debtor Bruce E Buchanan  Jr ecf@tannelaw.com, tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Shauna M Deluca | |
| | on behalf of Creditor HSBC Bank USA  N.A., as Trustee for Luminent Mortgage Trust 2006-6 sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | |
| | on behalf of Creditor HSBC Bank USA  N.A., as Trustee for Luminent Mortgage Trust 2006-6 smncina@raslg.com |
| Sindi Mncina | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@raslg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16