UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on January 12, 2024
by Clerk
U.S. Bankruptcy Court District of New Jersey

In Re:

Bruce E Buchanan, Jr and Kimberly A Buchanan

| | |
|---|---|
| Case No.: | 17-32036-VFP |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | Michael B. Kaplan |

CORRECTED

**ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS**

The relief set forth on the following page is ORDERED.

**DATE: January 12, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having heard the motion filed by ___Kimberly A. Wilson___, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of ___$1,207.99___ will be forwarded to ___PHH___ at the following address:

PHH Mortgage Corporation

1661 Worthington Road, Suite 100

West Palm Beach, FL 33409

*new.8/1/15*