| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on January 12, 2024<br>by Clerk<br>U.S. Bankruptcy Court District of<br>New Jersey |
| In Re:<br><br>Bruce E Buchanan, Jr and Kimberly A Buchanan | Case No.: __17-32036-VFP__<br><br>Chapter: __13__<br><br>Hearing Date: _____<br><br>Judge: __Michael B. Kaplan__ |

CORRECTED

**ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS**

The relief set forth on the following page is ORDERED.

DATE: January 12, 2024

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having heard the motion filed by _____Kimberly A. Wilson_____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of _____$1,207.99_____ will be forwarded to _____PHH_____ at the following address:

PHH Mortgage Corporation

1661 Worthington Road, Suite 100

West Palm Beach, FL 33409

_____

*new.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-32036-VFP
Bruce E Buchanan, Jr  Chapter 13
Kimberly A Buchanan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Jan 12, 2024  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Bruce E Buchanan, Jr, Kimberly A Buchanan, 3 Belleview Terrace, West Orange, NJ 07052-5004

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

**Name**    **Email Address**

Courtney R. Shed
    on behalf of Creditor Nationstar Mortgage LLC as servicing agent for HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Courtney R. Shed
    on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Denise E. Carlon
    on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jenelle C Arnold
    on behalf of Creditor HSBC BANK (USA) bkecfinbox@aldridgepite.com jarnold@ecf.courtdrive.com

John R. Morton, Jr.

Case 17-32036-VFP    Doc 100    Filed 01/14/24    Entered 01/15/24 00:16:40    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 12, 2024 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor CAB East LLC serviced by Lincoln Automotive Financial Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin M. Buttery

on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 kbuttery@moodklaw.com

Kimberly A. Wilson

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY kimwilson@raslg.com

Laura M. Egerman

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg

magecf@magtrustee.com

Scott E. Tanne

on behalf of Joint Debtor Kimberly A Buchanan ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

Scott E. Tanne

on behalf of Debtor Bruce E Buchanan Jr ecf@tannelaw.com, tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

Shauna M Deluca

on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina

on behalf of Creditor HSBC Bank USA N.A., as Trustee for Luminent Mortgage Trust 2006-6 smncina@raslg.com

Sindi Mncina

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16